**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

U.S. STEEL CORPORATION,

*Petitioner*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,

*Respondents*.

No. 24-1172 (and consolidated case No. 24-1176)

**DECLARATIONS OF MOVANT-INTERVENORS**
**IN SUPPORT OF RESPONDENTS**

Jeniece Brock ........ DECL-001
Huda Fashho ........ DECL-005
Hanna Lee Flath ........ DECL-008
Annie Fox ........ DECL-011
Maurena Grossman ........ DECL-017
William Ondrey Gruber ........ DECL-020
Jennifer Hadayia ........ DECL-024
Stephen Glen Hooks ........ DECL-029
Kathleen Horwatt ........ DECL-032
Ruth Hund ........ DECL-036
Abigail Jones ........ DECL-039
Ryan Kelly ........ DECL-043
Pamela Krauss & Eric Myers ........ DECL-047
Jonathan Levenshus ........ DECL-051
Kurt Limbach ........ DECL-054

**DECLARATIONS OF MOVANT-INTERVENORS IN SUPPORT OF RESPONDENTS (CONTINUED)**


Kathleen McCarthy ........ DECL-057
Eldon Wallace McMullen ........ DECL-061
Dr. Brian Moench ........ DECL-063
Verena Owen ........ DECL-069
Misti O'Quinn ........ DECL-073
Alison Prost ........ DECL-078
Scott Redfern ........ DECL-089
Nancy Retana ........ DECL-092
Deeda Seed ........ DECL-095
Scott Silber ........ DECL-098
Mary Lyn Stoll ........ DECL-102
Chris Tavenor ........ DECL-106
Sarah Willey ........ DECL-111

**DECLARATION OF JENIECE BROCK**
**FOR THE OHIO ENVIRONMENTAL COUNCIL**

I, Jeniece L. Brock, hereby declare and state as follows:

1. This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer no legal incapacity.

2. I am a member of the Ohio Environmental Council ("the OEC").

3. I submit this declaration in support of the OEC's intervention in litigation to defend the Federal Good Neighbor Plan for the 2015 Ozone NAAQS, which was finalized by the U.S. Environmental Protection Agency ("U.S. EPA") to address air pollution transported across state lines.

4. I am 35 years old.

5. I have asthma and environmental allergies.

6. I currently reside in Summit County, Ohio at 1463 Apple Court, Akron, OH 44306. I have lived in Summit County since 1988.

7. On summer days, I engage in spending time with family at parades and festivals, outdoor recreation, lawn care and routine exercise outdoors.

8. I plan to continue being active outdoors on summer days in the future.

9. I have been involved with public health issues for a long time and am most recently concerned about the 132,425 people of color, 112,034 children, 101,679 adults over the age of 65, 65,938 people experiencing poverty, and 5,799

pregnant individuals who are all at risk due to the air quality in Summit county (according to the American Lung Association).

10. As a member of the OEC, I understand that the OEC engages in advocacy and legal action to protect Ohio's air, land, and water. The OEC's current activities include efforts to reduce emissions of air pollutants to protect and improve air quality, and working to reduce Ohioans' exposure to harmful air pollution is a core part of the OEC's mission.

11. I understand that the OEC seeks to intervene in a lawsuit challenging U.S. EPA's rule limiting emissions of the air pollutants that cause ozone pollution to be formed and transported across state lines.

12. I am aware that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function, and aggravates asthma and other chronic lung diseases.

13. I understand that U.S. EPA designates "nonattainment" areas in counties where measured air quality information shows that air quality fails to meet the National Ambient Air Quality Standards that have been adopted to protect public health, particularly for at risk, underserved, Black and Brown communities, and people like me who have asthma and environmental allergies and are more vulnerable to the effects of air pollution. I further understand that the air in Summit County is not clean enough to comply with the 2015 ozone standard and

has even been designated as a "maintenance" area for the previous 2008 standard because it is at risk of exceeding that standard as well. According to EPA, some of the ozone pollution in Summit County is caused by emissions from upwind states, including Illinois, Indiana, Michigan, and West Virginia. I also understand that, according to EPA, emissions from Ohio, including sources near me that affect local air quality, contribute to ozone pollution in downwind counties in Connecticut that have been designated as being in "nonattainment" of the 2015 ozone NAAQS. It concerns me that the air where I live may make me vulnerable to respiratory problems when I am active outdoors.

14. I understand that a final rule was published on June 5, 2023, to ensure emissions from upwind states, including Ohio, do not significantly contribute to problems attaining or maintaining the ozone standards in downwind states.

15. I further understand that the U.S. EPA's rule would reduce air pollution that is emitted by sources in Ohio that affects local air quality, and would reduce air pollution from sources in other states that is transported over state lines into Ohio, including into Summit County where I live.

16. I am concerned that without this rule, industrial sources will be allowed to emit excess air pollution that affects air quality and contributes to harmful ozone levels in Summit County.

17. This rule will benefit my interest in breathing cleaner air when I take out my trash, walk around my neighborhood, exercise, or spend time with my family during parades and festivals. I therefore support the OEC's intervention to defend the Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on September 5, 2023.

Jeniece L. Brock

Jeniece L. Brock, MSHS

**DECLARATION OF HUDA FASHHO**

I, Huda Fashho, hereby declare and state as follows:

1. The Sierra Club is a non-profit membership organization, headquartered in Oakland, California. The Sierra Club's purpose is to practice and promote the responsible use of the earth's ecosystems and resources, to educate and enlist humanity to protect and restore the quality of the natural and human environment, and to use all lawful means to carry out these objectives.

2. I am the Senior Managing Director of Member Care at the Sierra Club. I have had this position for thirteen years.

3. In this role, I manage the Sierra Club's customer service functions related to members, including maintaining an accurate list of members and managing the organization's member databases.

4. When an individual becomes a member of the Sierra Club, his or her current residential address is recorded in our membership database. The database entry reflecting the member's residential address is verified or updated as needed.

5. The Sierra Club currently has 662,165 members nationally, including members in the following states:

- Alabama – 3,420 members
- Arizona – 13,738 members
- Arkansas – 2,627 members

- California – 141,343 members
- Colorado – 19,310 members
- Connecticut – 9,363 members
- Illinois – 24,722 members
- Indiana – 8,912 members
- Kentucky – 5,399 members
- Louisiana – 2,856 members
- Maryland – 15,064 members
- Michigan – 18,577 members
- Minnesota – 14,700 members
- Mississippi – 1,429 members
- Missouri – 9,901 members
- Nevada – 5,006 members
- New Jersey – 17,017 members
- New Mexico – 7,990 members
- New York – 39,644 members
- Ohio – 18,513 members
- Oklahoma – 3,233 members
- Texas – 22,783 members
- Utah – 4,376 members

- West Virginia – 2,224 members
- Wisconsin – 16,997 members

6. Among Sierra Club's members are Hannah Lee Flath, Maurena Grossman, Stephen Glen Hooks, Pamela Krauss and Eric Myers, Ruth Hund, Kurt Limbach, Kathleen McCarthy, Eldon Wallace McMullen, Verena Owen, Misti O'Quinn, Mary Lyn Stoll, and Sarah Willey.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024, in Fairfield, California.

Huda Fashho

**DECLARATION OF HANNAH LEE FLATH**

I, Hannah Lee Flath, hereby declare and state as follows:

1. My name is Hannah Lee Flath. I am 28 years old, and competent to give this declaration. All information herein is true and based on my own personal knowledge.

2. I am a resident of Chicago, Illinois, where I have lived since July 2020.

3. I am a member of the Sierra Club. In fact, I serve as the Communications Coordinator for the Sierra Club's Illinois Chapter, a role I have filled for two years. I support the Sierra Club's mission to protect the environment and public health, and in particular, I am concerned about air quality.

4. I really enjoy spending time outside. I consider myself a runner, and I am very fortunate to live near multiple great outside spaces in Chicago, like the 606–a former elevated train line that has been converted into a pedestrian path for walking, biking, and running–and Humboldt Park, a huge local park with swan boats and a public beach. Getting to spend time in these spaces running and recreating is part of why I enjoy living in Chicago so much.

5. I have suffered from chronic bronchitis since I was a teenager. I have experienced it in on-and-off bouts over the past decade, and some of those bouts

have been quite serious, requiring hospitalization. As part of managing my condition, I use an inhaler.

6. As a result of my chronic bronchitis, I pay very close attention to air quality. Part of my daily evening routine involves not only checking the weather forecast for the next day, but also checking whether or not there are any forecasted air quality index (or "AQI") alerts. I spend a lot of mental resources keeping track of air quality, including monitoring AQI in my area, out of concerns for my health.

7. Though I greatly enjoy spending time outside for both leisure and exercise, I can't do that on days when air quality is poor. When there is more pollution in the air, I have to avoid spending time outside, and I run the risk of having to use my inhaler. As an example, we've had multiple bad air quality days here in Chicago this summer, and I got really sick during those days. Air quality (or the lack thereof) thus plays a huge role in my health and quality of life.

8. In fact, while I truly love living in Chicago, I worry that I may have to move away someday because of the threat that poor air quality poses to my health.

9. I am aware that the U.S. EPA has issued a rule, the "Good Neighbor Plan," that would require industrial sources of air pollutants that lead to elevated levels of ozone, or smog, to reduce the amount of pollution they emit during the warmer months of the year. My understanding is that sources in Illinois and other states that contribute to ozone-related air quality problems in Chicago and other

areas would be required to reduce ozone-causing pollution under this rule. I support this rule, and efforts like it to clean up the air that I and others breathe.

10. I am also aware that this rule is being challenged in court, and that the Sierra Club is seeking to defend the rule against those challenges.

11. If the Good Neighbor Plan rule were to go into effect, there would be less air pollution afflicting my community. As a result, I would be able to spend more time outside, and I'd worry less about my health. I'd also be able to avoid devoting so many mental resources towards protecting myself against air pollution that could aggravate my chronic bronchitis. Conversely, if the rule does not go into effect, or is delayed or weakened, I would continue to suffer from the threats poor air quality poses to my health and enjoyment of life.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 1, 2023 Hannah Lee Flath

**DECLARATION OF ANNIE FOX**

I, Annie Fox, hereby declare and state as follows:

1. This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer no legal incapacity. I submit this declaration in support of Clean Air Council's ("CAC" or "the Council") intervention in litigation to defend the Environmental Protection Agency's ("EPA") Partial Denial of Petitions for Reconsideration: Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards. By intervening in this litigation, CAC seeks to defend the Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards ("Good Neighbor Plan"), which prohibits upwind states' significant contributions to downwind states' problems attaining the 2015 National Ambient Air Quality Standards for ozone.

2. I am currently a law clerk for CAC and have served in this position for over two years. My position at CAC requires me to be responsible for achieving CAC's goals and mission, and to be familiar with CAC's structure, activities, and membership.

3. The Clean Air Council was established in 1967. CAC is a 501(c)(3) non-profit membership organization incorporated in Pennsylvania and headquartered at 1617 JFK Boulevard, Suite 1130, Philadelphia, Pennsylvania 19103.

4. CAC is a member-supported environmental organization serving Pennsylvania and surrounding states. The Council is dedicated to protecting and defending everyone's right to a healthy environment, including everyone's right to breathe clean air. The Council works through a broad array of sustainability and public health initiatives using public education, community action, government oversight, and enforcement of environmental laws.

5. CAC works to achieve its mission through advocacy and legal action. Among CAC's programmatic activities is its Public Health initiative, which includes advocating for clean air in urban areas. CAC's work includes a focus on ensuring that national standards for health-damaging air pollutants, like ground-level ozone, are met.

6. CAC currently has thousands of members in the Mid-Atlantic region, many of whom live in the Philadelphia area. Philadelphia County is currently designated as a "nonattainment" area under the 2015 ozone standard.

7. Because of my work with CAC, I am aware that the Clean Air Act requires upwind states to ensure that sources of air pollution within their borders limit their emissions sufficiently to eliminate significant contributions to NAAQS violations in downwind states. EPA must act if an upwind state fails to prohibit ozone-forming emissions from sources within its borders—like the coal-fired power plants in the Commonwealth of Pennsylvania, where I live—that

significantly contribute to air pollution that causes downwind states, like Connecticut, to exceed the NAAQS for ozone.

8. Through my work at CAC, I am aware that Bucks County, Chester County, Delaware County, Montgomery County, and Philadelphia County in Pennsylvania have been designated as "nonattainment" areas under the 2015 NAAQS for ozone. I understand that, according to EPA, some of the ozone pollution in those Pennsylvania counties is caused by emissions from upwind states, including Indiana, Maryland, New Jersey, New York, Ohio, Virginia, and West Virginia.

9. I also understand that, according to U.S. EPA, emissions from sources in Pennsylvania contribute to ozone pollution in downwind counties in Connecticut that have been designated in "nonattainment" of the 2015 ozone NAAQS and are projected to continue to be in nonattainment and/or to have difficulty maintaining the 2015 ozone NAAQS. Pollution from those sources in Pennsylvania also affects local air quality within Pennsylvania.

10. I am aware that in its "Findings of Failure To Submit a Clean Air Act Section 110 State Implementation Plan for Interstate Transport for the 2015 Ozone National Ambient Air Quality Standards (NAAQS)," effective January 6, 2020, U.S. EPA determined that a number of states, including Pennsylvania and Virginia, had failed to submit state implementation plans that address the interstate transport of air pollutants that increase ground-level ozone concentrations. 84 Fed. Reg.

66612 (Dec. 5, 2019). I am also aware that the Clean Air Act requires U.S. EPA to promulgate a federal implementation plan for states that do not submit a state implementation plan that satisfies their obligation to limit interstate air pollution.

11. Through my work at CAC, I understand that U.S. EPA published a final federal implementation plan on June 5, 2023 ("Good Neighbor FIP"), to ensure emissions from upwind states, including Pennsylvania and Virginia, do not significantly contribute to problems attaining or maintaining the ozone NAAQS in downwind states. I understand that this rule went into effect on August 4, 2023, but has since been stayed.

12. I understand that petitioners in these cases are challenging EPA's partial denial of petitions for reconsideration of the Good Neighbor FIP. I am concerned that if implementation of the Good Neighbor FIP is further delayed by successful challenges to this action, the power sector and industrial sources would be allowed to emit excess air pollution that affects air quality and contributes to ozone pollution in Pennsylvania, including in Chester County.

13. In addition to my professional role at CAC, I am also a CAC member. I have lived in Chester County with my children for three years, and before that I lived in Delaware County for approximately 14 years.

14. I understand that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function; inflames and damages cells

that line the lungs, making them more susceptible to infections; and aggravates asthma and other chronic lung diseases.

15. I had active asthma when I was younger, and on days when the ground-level ozone levels are "moderate" and above according to U.S. EPA's Air Quality Index ("AQI"), I easily become short of breath and sometimes experience chest pains. When the AQI reaches over 100, the effect becomes pronounced enough that I need to avoid spending time outdoors. I am, therefore, directly impacted by EPA's limits on ozone-forming emissions from industrial sources in Pennsylvania and other states upwind from my work and my home. Not implementing or delaying implementation of this rule would prolong my exposure to higher concentrations of ozone that aggravate my condition.

16. Walking is my primary form of exercise to maintain my health. I also enjoy hiking and playing outside with my younger child, activities that strengthen our relationship. Simply being outdoors, particularly in the warmer months, relaxes me and enhances my mental well-being. I also love attending outdoor summer concerts and festivals. When I cannot spend time outdoors, I tend to feel depressed and do not cope as well with stress. However, I must curtail or cease outdoor activities when ozone is at unhealthy levels.

17. I have a 20-year-old son with significant health issues and a 9-year-old son, both of whom live with me. I am concerned about their health on days

when ozone levels are elevated, which happens with disturbing regularity where we live.

18. CAC members and supporters have a strong interest in supporting implementation of EPA's rule, which limits interstate ozone pollution and has a positive effect on air quality and respiratory health, including my own health and the health of my family. For all these reasons, CAC seeks to intervene to defend EPA's Good Neighbor FIP to address interstate air pollution and avoid an excessive delay in implementation that would harm CAC members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of July, 2024.

Annie Fox

Annie Fox
9 Chateau Circle
Chesterbrook, PA 19087

**DECLARATION OF MAURENA GROSSMAN**

I, Maurena Grossman, declare as follows:

1. My name is Maurena Grossman. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information.

2. My primary residence is in Salt Lake City, Utah. I was born and raised in Utah and have lived here for most of my life. I have been at my current residence since 2004, for almost 19 years.

3. I am a homemaker and I teach meditation one day a week.

4. I have been a member of the Sierra Club since October 2017.

5. The Sierra Club is a nationwide non-profit environmental membership organization, which has its purpose to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

6. In some ways, the Utah Chapter of the Sierra Club has become a home base for me. I believe in its mission, and I am an active member because I support the work that Sierra Club does to protect air quality in Utah and across the country.

7. Salt Lake suffers from severe air pollution, including ozone pollution, due to the inversion in the valley. The inversion is natural, but it is exacerbated by man-made pollution and how we live.

8. There are days when it is actually hard to breathe in Salt Lake City due to ozone and other air pollution. My husband is a pharmacist who previously specialized in respiratory

critical care, so our family has always been aware of how poor air quality impacts everyone's health, especially during the COVID-19 pandemic.

9. Poor air quality also particularly harms children, and there are lots of children in Utah with respiratory issues that stem from poor air quality. My own son suffered from inversion-induced asthma when he was younger. He is now 14 and has grown out of his asthma symptoms, but he previously was prescribed an inhaler by his doctor due to inversion-induced asthma. The air quality can be so bad in Salt Lake that it's unsafe to be outside. My son is part of a mountain biking team and it's not an uncommon occurrence to have to cancel practices due to harmful air quality.

10. Aside from the health impacts of ozone pollution, there are also impacts on my quality of life. You can actually feel it when the air quality is poor. It feels heavy and yucky; it's disgusting. When the air quality is bad, I will avoid spending time outside.

11. The air will also be very hazy, particularly in winter, and I won't be able to see the mountains that surround where we live. I live closer to the mountains to the east of Salt Lake City, the Wasatch Front, and I can usually see those mountains, but I will be unable to see the mountains to the west of Salt Lake because they are further away and shrouded in air pollution. Not being able to see the mountains that surround us decreases my enjoyment of living in Utah and decreases my quality of life. It makes me feel really sad to be surrounded by such natural qualities and be unable to clearly see them due to the air pollution that we cause.

12. If ozone pollution were reduced in Salt Lake City, my quality of life would definitely be better. I think that everyone's quality of life would be better.

13. I understand that Sierra Club is seeking to intervene in challenges to the federal Environmental Protection Agency's "Good Neighbor Rule," which would require the State of Utah to reduce emissions of ozone-forming pollutants. I am supporting this case because the measures required to help protect and preserve the health and well-being of our natural environment are reasonable and beneficial for our communities. Reducing ozone pollution is necessary in order to maintain a healthy quality of life for me and my family.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 1, 2023.

Maurena Grossman

# DECLARATION OF WILLIAM M. ONDREY GRUBER FOR THE OHIO ENVIRONMENTAL COUNCIL

I, William M. Ondrey Gruber, hereby declare and state as follows:

1. This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer no legal incapacity.

2. I am a member of the Ohio Environmental Council ("the OEC").

3. I submit this declaration in support of the OEC's intervention in litigation to defend the Federal Good Neighbor Plan for the 2015 Ozone NAAQS, which was finalized by the U.S. Environmental Protection Agency ("U.S. EPA") to address air pollution transported across state lines.

4. I am 67 years old.

5. I have had heart conditions that have required heart valve surgery and prescription medications.

6. I currently reside in Cuyahoga County, Ohio at 2714 Leighton Road, Shaker Heights, Ohio 44120. I have lived in Cuyahoga County since 1955.

7. On summer days, I engage in regular exercise activities such as hiking, bicycling, and swimming outdoors, as well as gardening and yard work. I also engage in playing with grandchildren at parks and playgrounds, and I spend a lot of time outdoors with family and friends, eating meals and socializing.

8. I plan to continue being active outdoors on summer days in the future.

9. I have been involved with local air quality issues for a long time and am most recently concerned about increased neighborhood truck traffic due to increased deliveries, especially since COVID led to a large increase in home deliveries. I also live downwind from the heart of Cleveland's industrial area, steel plants and other industries that produce air pollutants. The increase in drive thru food and service businesses in my area has resulted in a great deal more vehicle idling, especially since COVID caused more people to use such services.

10. As a member of the OEC, I understand that the OEC engages in advocacy and legal action to protect Ohio's air, land, and water. The OEC's current activities include efforts to reduce emissions of air pollutants to protect and improve air quality, and working to reduce Ohioans' exposure to harmful air pollution is a core part of the OEC's mission.

11. I understand that the OEC seeks to intervene in a lawsuit challenging U.S. EPA's rule limiting emissions of the air pollutants that cause ozone pollution to be formed and transported across state lines.

12. I am aware that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function, and aggravates asthma and other chronic lung diseases.

13. I understand that U.S. EPA designates "nonattainment" areas in counties where measured air quality information shows that air quality fails to meet the National Ambient Air Quality Standards that have been adopted to protect public health, particularly for older people, people with heart conditions, and people with respiratory problems, and others like me who are more vulnerable to the effects of air pollution. I further understand that the air in the area where I live is not clean enough to comply with the 2015 ozone standard and has even been designated as a "maintenance" area for the previous 2008 standard because it is at risk of exceeding that standard as well. According to EPA, some of the ozone pollution in Cuyahoga County is caused by emissions from upwind states, including Illinois, Indiana, Michigan, and West Virginia. I also understand that, according to EPA, emissions from Ohio, including sources near me that affect local air quality, contribute to ozone pollution in downwind counties in Connecticut that have been designated as being in "nonattainment" of the 2015 ozone NAAQS. It concerns me that the air where I live may make me vulnerable to respiratory and cardiovascular problems when I am active outdoors.

14. I understand that a final rule was published on June 5, 2023, to ensure emissions from upwind states, including Ohio, do not significantly contribute to problems attaining or maintaining the ozone standards in downwind states.

15. I further understand that the U.S. EPA's rule would reduce air pollution that is emitted by sources in Ohio that affects local air quality, and would reduce air pollution from sources in other states that is transported over state lines into Ohio, including into Cuyahoga County where I live.

16. I am concerned that without this rule, industrial sources will be allowed to emit excess air pollution that affects air quality and contributes to harmful ozone levels in Cuyahoga County.

17. This rule will benefit my interest in breathing cleaner air when I hike, walk, swim, socialize, eat, and garden outdoors on summer days at and near my home. I therefore support the OEC's intervention to defend the Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on September 5, 2023.



William M. Ondrey Gruber

**DECLARATION OF JENNIFER HADAYIA**

1. I am the Executive Director of Air Alliance Houston (AAH), founded over 30 years ago, and I have served in this role since November 15, 2021. I have a master's degree in public policy and administration. Previously, I worked for Legacy Community Health Services, Inc., the largest Federally Qualified Health Center (FQHC) in the state of Texas, as the director of their public health department. Before that, I oversaw health equity initiatives for Harris County Public Health, the governmental public health department for Harris County, Texas. Through this work, I have gained knowledge of the impacts of air pollution on health and of the state of air quality in Houston and Harris County. I have also gained experience working with community members, groups, and policymakers concerned about air quality.

2. I was born and raised in Houston, and my family includes three generations of people who have worked at the Houston Ship Channel and related petrochemical facilities. Air pollution is a concern for me personally due to my family's multi-generational exposure. I also personally spend time near these facilities, as much as several times a month, to visit family members and for various work purposes, and I am aware of the pollution in the air there due to observing smells, flares, and haze. I also pay close attention to Ozone Action Days and Asthma Air Aware Day Warnings issued by the local health department. I

notice greater difficulty breathing for myself and for my family members when we are outdoors on those days, so we make the decision to spend less time walking or biking outdoors than we would like to.

3. AAH is a non-profit advocacy organization whose mission is to reduce the public health impacts of air pollution in Houston and Harris County. This includes the health impacts of ozone pollution. We pursue our mission by conducting applied research on air pollution, educating the community about the harms of air pollution and its sources, and advocating for improvements at the local, state, and national levels. We work closely with constituents to provide the training and technical assistance they need to address air pollution in their daily lives.

4. Through our research, we have observed that air pollution exposure is concentrated in communities in Houston and Harris County that are predominantly people of color and lower income. This is due to the presence of multiple air pollution sources being historically and consistently located in these communities, such as refineries and major highways. Populations of color and lower income populations are also more susceptible to the health effects associated with poor air quality and have less access to health care. Working to remedy this type of unfairness is a core part of AAH's mission.

5. Through my job responsibilities, I am aware that ozone results from the reaction of nitrogen oxides (NOx) and volatile organic compounds (VOCs) in the

atmosphere and that these compounds are emitted from, among other sources, refineries and power plants. Further, from scientific studies I review as part of my job, I am aware that some of these VOCs are hazardous air pollutants, like benzene, that can cause health impacts such as cancer and severe breathing problems. I also know from my research that, as climate change results in higher temperatures for longer periods of time, the conditions for the creation of ozone become more common.

6. Because of the harms it causes to public health, ozone pollution is a major focus of AAH. In Houston and Harris County, there are many large industrial facilities whose emissions contribute to ozone pollution locally, such as concrete plants, metal recyclers, and petrochemical refineries and terminals. In the contiguous county of Fort Bend is also located a prominent polluter of ozone-causing and other pollutants: W.A. Parish Generating Station (2500 Y. U. Jones Rd, Richmond, TX 77469). As a result of my work, I am aware that the Houston area continues to be in non-attainment of the 2015 ozone standard according to the EPA, and I understand the ozone resulting from the facility impacts the air in Houston and Harris County, as well in other states.

7. AAH routinely avails itself of opportunities to participate in public rule-making processes to address air pollution like ozone that harms health in the Houston area. We regularly testify on proposed rules and regulations that may have

impacts on air quality and, subsequently, public health. We participate on regional air quality committees and weigh in at the federal and state levels on plans to limit ozone and other forms of air pollution. We also engage in the permitting process for local facilities by submitting public comments and speaking at public meetings. I am often the person who provides such testimony on behalf of AAH. I also write talking points and otherwise provide guidance to AAH staff and community members who also provide written or oral testimony.

8. Additionally, I am aware that the EPA recently disapproved Texas's and twenty other states' submitted implementation plans because they failed to address their pollution that contributes to unhealth ozone levels in other states.

9. If ozone pollution in the areas I work and visit were reduced, either through a revised state plan or a federal plan, it would reduce risks to my health and wellbeing and to that of my family members, co-workers, AAH's supporters, and the Houston area community as a whole. I am concerned that if cross-state ozone pollution is not more strictly controlled, then the risks to health will continue to compound here in Houston and Harris County, where we are already in severe ozone non-attainment due to multiple local and nearby pollution sources including refineries and power plants. Accordingly, I submit this declaration to support AAH's intervention in defense of EPA's national disapproval of inadequate state plans.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Houston, Texas on March 20, 2023.

Jennifer Hadayia

Jennifer M. Hadayia, MPA

# DECLARATION OF STEPHEN GLEN HOOKS

I, Stephen Glen Hooks, declare as follows:

1. My name is Stephen Glen Hooks, but I go by Glen. I am 53 years old. The information in this declaration is true and correct to the best of my knowledge, and is based on my personal experience. This declaration is in my individual capacity as a Sierra Club member, and only as that. Nothing I say or do in relation to this declaration represents my current employer.
2. I live in North Little Rock, Arkansas. I was born and raised in Arkansas. I live in Pulaski County. My county and city have large minority populations, and I have lived there for over 50 years.
3. I joined Sierra Club in March 2003 and have been an active member for 20 years, in addition to having worked for the Club.
4. I have been very engaged in the work of the organization and was the Director of Sierra Club's Arkansas Chapter from February 2014 to November 2021. Prior to that, I was an Arkansas-based member of Sierra Club's national staff from March 2003 until being named Chapter Director. I worked primarily with the Sierra Club's Beyond Coal Campaign, advocating for clean energy and promoting solar and wind energy alternatives to dirty fossil fuel power.
5. I now work as a policy manager for Audubon Delta, a regional arm of the National Audubon Society that encompasses Arkansas, Mississippi, and Louisiana, and I work on climate and clean energy issues throughout these states.
6. I enjoy recreating outdoors throughout Arkansas. I usually hike at least ten hours a week and do kayaking and canoeing trips about 3-4 times a year. Arkansas has 52 state parks, and a

goal of mine is to visit them all. I spend time floating in the Saline River, hiking in Devil's Den State Park, and often kayak and canoe in the Buffalo National River.

7. I am concerned about air quality in my home area and in places where I like to recreate. About 30 minutes southeast of my home is White Bluff, a coal-fired power plant in Redfield, Arkansas.

8. When I recreate outdoors or travel to other parts of the state, such as areas in close proximity to steel mills and the Plum Point coal-fired power plant in northeast Arkansas, the Turk coal-fired power plant in southwest Arkansas or the Flint Creek coal-fired power plant in northwest Arkansas, I am aware of the impact that coal burning plants and other fossil fuel power plants have on the environment and human health. I spend a significant amount of time in the eastern part of the state in West Memphis, Arkansas, which often teeters on the edge of unsafe ozone nonattainment levels–a result of air pollution and contamination from both in-state and out-of-state plants, such as those in east Texas.

9. I am very concerned about air pollution, especially in the summertime. I spend a lot of time outdoors, and am aware of how hot summer days can correlate with increased ozone levels. In the summer, I monitor ozone levels daily and keep an eye out for alerts of unsafe ozone levels. This is both to be aware of risks to my own health and to spread word to other people I care about to be aware of these elevated levels.

10. I will be 54 years old this year. I know the dangers of being outside in the summer due to the heat, but the combination of heat and how it contributes to high ozone levels prevents me from spending as much time outside as I would like. I wish I could do more outdoors without having to worry about the smog and heat, and the impact it has on my health.

11. The Good Neighbor Plan rule that EPA has issued will reduce ozone-forming pollution in Arkansas and other states that contribute to smog pollution in Arkansas. I am supportive of these regulations for reasons of improved health for my fellow Arkansans and myself. I also know that ozone regulations will make it more likely that polluting coal-fired power plants will be less able to compete with clean, renewable energy in my state. This will have a beneficial impact on personal health and on economic development in the state.

12. I have elderly parents and relatives in Arkansas and I want to make sure their health is protected, especially in the hottest summer months. Timely implementation of the Good Neighbor Plan rule would be great for my family, friends, and fellow Arkansans alike.

Signed May 22, 2023, in Little Rock, Arkansas

Stephen Glen Hooks

Stephen Glen Hooks

**DECLARATION OF KATHLEEN HORWATT FOR CITIZENS FOR PENNSYLVANIA'S FUTURE**

I, Kathleen Horwatt, hereby declare and state as follows:

1. This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer no legal incapacity.

2. I am a member of Citizens for Pennsylvania's Future ("PennFuture") and have been a member since November 2021.

3. I submit this declaration in support of PennFuture's intervention in litigation to defend the Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standard ("NAAQS") which was finalized by the U.S. Environmental Protection Agency ("U.S. EPA") to address air pollution transported across state lines.

4. I am 73 years old.

5. I have had cancer four times, include thyroid throat cancer twice. My husband has had pulmonary embolisms.

6. I currently reside in Bucks County, Pennsylvania at 127 West Maple Ave, Langhorne, PA 19407. I have lived in Bucks County since 1958.

7. On summer days, I engage in gardening in the morning at my home and often spend time outside in the afternoons with my grandchildren, including at the local swim club and playground. The Borough of Langhorne is a walkable

community with sidewalks, shade trees, and benches that encourage walking to shops, restaurants, outdoor activities, and municipally-owned community gardens, farms, and nature preserves, and I often take advantage of this by walking places and simply enjoying the outdoor amenities that my neighborhood has to offer.

8. I plan to continue being active outdoors on summer days in the future.

9. I have been involved with local air quality advocacy for a long time and am most recently concerned about changes to the area that will result in increased traffic in my neighborhood, including large truck traffic and slow or idled traffic that will increase air pollution.

10. As a member of PennFuture, I understand that PennFuture engages in education, advocacy, and legal action to protect Pennsylvania's air, water, and land. PennFuture's current activities include efforts to reduce emissions of air pollutants to protect and improve air quality in Pennsylvania through enforcement of environmental laws and transformation of public policy.

11. I understand that PennFuture seeks to intervene in a lawsuit challenging U.S. EPA's rule limiting emissions of the air pollutants that cause ozone pollution to be formed and transported across state lines.

12. I am aware that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function, and aggravates asthma and other chronic lung diseases.

13. I understand that U.S. EPA designates "nonattainment" areas in counties where measured air quality information shows that air quality fails to meet the National Ambient Air Quality Standards that have been adopted to protect public health, particularly for older people like me who are more vulnerable to the effects of air pollution. I further understand that the air in the area where I live is not clean enough to comply with the 2015 ozone standard or even the previous 2008 standard, and that, according to EPA, some of the ozone pollution in Bucks County is caused by emissions from upwind states, including Indiana, Maryland, New Jersey, New York, Ohio, Virginia, and West Virginia. I also understand that, according to EPA, emissions from Pennsylvania, including sources near me that affect local air quality, contribute to ozone pollution in downwind counties in Connecticut that have been designated as being in "nonattainment" of the 2015 ozone NAAQS. It concerns me that the air where I live may make me vulnerable to respiratory problems when I am active outdoors.

14. I understand that U.S. EPA finalized the rule being challenged in this litigation on March 15, 2023, to ensure emissions from Pennsylvania and Virginia, among other states, do not significantly contribute to problems attaining or maintaining the ozone NAAQS in downwind states.

15. I further understand that the U.S. EPA's rule would reduce air pollution that is emitted by sources in Pennsylvania that affects local air quality and would

reduce air pollution from sources in other states that is transported over state lines into Pennsylvania, including into Bucks County where I live.

16. I am concerned that without this rule, power sector and industrial sources will be allowed to emit excess air pollution that affects air quality and contributes to harmful ozone levels in Bucks County.

17. This rule will benefit my interest in breathing cleaner air when I walk, garden, sit outside, and play with my grandchildren near my home on summer days. I therefore support PennFuture's intervention to defend the Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 7, 2023.

Kathleen Horwatt

Kathleen Horwatt

**DECLARATION OF RUTH HUND**

I, Ruth Hund, declare as follows:

1. My name is Ruth Hund. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information.

2. My primary residence is in Golden, Colorado. I have lived in Golden for over 25 years, and at my current address for the past 22 years.

3. I am a retired teacher.

4. I have been a member of the Sierra Club since October 2022.

5. The Sierra Club is a nationwide non-profit environmental membership organization, which has its purpose to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

6. I joined Sierra Club after retiring from my teaching career. I decided to retire, in part, because I wanted to be able to dedicate more time to environmental activism.

7. Golden, Colorado is out of compliance for ozone. I graduated from the Colorado School of Mines in 1993 with a master's degree in environmental science and engineering. I remember at that time that we were talking about how Golden had recently come into ozone compliance with federal standards. But we slipped back out of compliance, and we've been out of compliance for years.

8. Poor air quality, including ozone pollution, negatively impacts my life. About 20 years ago, I developed asthma, which can be triggered from ozone pollution exposure. I have an undergraduate degree in biochemistry with a minor in chemistry, so I understand how

reactive ozone pollution is and how tender the lung tissues are. I did not have asthma before moving to Golden.

9. Because ozone exacerbates my asthma, it impacts my ability to train for triathlons. I have been a triathlete for about the past 20 years. I primarily compete in sprint triathlons, and I've qualified for age-group nationals three times.

10. Training for triathlons just makes me happy, and I am a pretty serious competitor. I typically train six days-a-week, and once the triathlon season has begun and I am training for my A-race (the race I've picked where I want to do really well), I will often be training twice-a-day. Being a triathlete takes serious commitment, and it typically takes about 10 years before you really hit your stride.

11. Ozone pollution impacts my training plans. If the ozone pollution is high, I can immediately tell because my chest will get tight and it will be difficult to breathe. Running is the hardest to do when the air quality is poor.

12. High ozone days will mean that I have to adjust my training from outdoor workouts to being inside. I may have to swim indoors or go to the YMCA to use the elliptical instead of running. I have to pay attention to how my chest is feeling and may not be able to do a training as planned if ozone pollution is an issue.

13. I worry about the ozone pollution in Golden not only because of how it impacts my triathlon training and contributes to my asthma but also because of how it impacts people who also suffer from asthma but are not as fortunate as I am. I am able to manage my asthma with an inhaler, and I have access to health care. But other people are not as lucky: they can't afford an inhaler or don't have health insurance to be able to see a doctor. When you don't have options, you tend to accept that it's difficult to breathe, that

the air quality is just bad where we live. But that makes me want to scream because there are easy fixes to our ozone pollution problems. Lawn equipment, like leaf blowers, could be electric, the oil and gas industry—which spews volatile organic compounds (VOCs) and nitrogen oxides (NOx)—could clean up their operations, and our regulatory bodies could enforce ozone pollution limits.

14. I understand that Sierra Club is seeking to intervene in challenges to the federal Environmental Protection Agency's "Good Neighbor Rule," which would require reductions in ozone-forming pollutants in Utah and other states that travel across state lines, including into Colorado. I am supporting this case because I want something to be done about ozone pollution. I believe that we have a duty to be good stewards of the Earth, and ozone pollution is harmful to wildlife and plants. Moreover, by not taking care of the Earth, we are destroying our own health.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 1, 2023.

Ruth L. Hund

Ruth Hund

# DECLARATION OF ABIGAIL M. JONES FOR CITIZENS FOR PENNSYLVANIA'S FUTURE

I, Abigail M. Jones, hereby declare and state as follows:

1. This declaration is based on my personal and professional knowledge, information, and belief. I am over the age of eighteen (18) and suffer no legal incapacity.

2. I submit this declaration in support of Citizens for Pennsylvania's Future's ("PennFuture") intervention to defend the U.S. Environmental Protection Agency's ("U.S. EPA") good neighbor federal implementation plan for the 2015 Ozone National Ambient Air Quality Standards ("NAAQS"), which addresses air pollution transported across state lines.

3. I am the Vice President of Legal and Policy at PennFuture, a statewide public interest membership organization organized and existing under the laws of the Commonwealth of Pennsylvania. As Vice President of Legal and Policy, my responsibilities include working with PennFuture's members and my position allows me access to data regarding PennFuture's members.

4. PennFuture works to aid the transition to a clean energy economy in Pennsylvania and beyond; to protect our air, water, and land; and to empower citizens to build sustainable communities for future generations. PennFuture advocates for and advances legislative action at the state and federal levels;

educates and provides advocacy opportunities for the public; and enforces environmental laws and advocates for the transformation of public policy.

5. Limiting our members' exposure to harmful air pollution is a major component of PennFuture's mission and work.

6. I am aware of ground-level ozone's harmful effects, which are well-documented in scientific literature and government publications, on human health and the environment. I understand that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function, and inflames and damages cells that line the lungs, making the lungs more susceptible to infections and aggravating asthma and other chronic lung diseases.

7. Through my work at PennFuture, I am aware that Bucks County, Chester County, Delaware County, Montgomery County, and Philadelphia County in Pennsylvania have been designated as being in "nonattainment" of the 2015 National Ambient Air Quality Standards for ozone. I understand that, according to EPA, some of the ozone pollution in those Pennsylvania counties is caused by emissions from upwind states, including Indiana, Maryland, New Jersey, New York, Ohio, Virginia, and West Virginia. I also understand that, according to EPA, emissions from Pennsylvania contribute to ozone pollution in downwind counties in Connecticut that have been designated as being in "nonattainment" of the 2015 ozone NAAQS.

8. Through my work at PennFuture, I am aware that PennFuture has 30 members in Bucks County, 44 members in Chester County, 35 members in Delaware County, 70 members in Montgomery County, and 94 members in Philadelphia County.

9. I am aware that the Clean Air Act requires upwind states to ensure that sources of air pollution within their borders control their air emissions sufficiently so as to eliminate significant contributions to air pollution in downwind states, such that downwind states can meet and maintain attainment of the NAAQS for ozone.

10. I am aware that in its "Findings of Failure To Submit a Clean Air Act Section 110 State Implementation Plan for Interstate Transport for the 2015 Ozone National Ambient Air Quality Standards (NAAQS)," effective January 6, 2020, U.S. EPA determined that a number of states, including Pennsylvania and Virginia, had failed to submit state implementation plans that address their interstate transport obligations. 84 Fed. Reg. 66612 (Dec. 5, 2019). I am also aware that the Clean Air Act requires EPA to promulgate a federal implementation plan for states that do not submit a state implementation plan that satisfies their obligation to limit interstate air pollution.

11. Through my work at PennFuture, I understand that on March 15, 2023, as required by a consent decree, U.S. EPA finalized a federal implementation plan to ensure emissions from upwind states, including Pennsylvania and Virginia, do

not significantly contribute to problems attaining or maintaining the ozone NAAQS in downwind states. I understand that the final rule entitled "Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards" was published in the Federal Register on June 5, 2023. 88 Fed. Reg. 36654 (June 5, 2023).

12. I am concerned that a successful challenge to the federal implementation plans addressing states' interstate transport obligations would allow power sector and industrial sources, particularly those in Pennsylvania and Virginia, to emit excess air pollution that affects local air quality and harms residents of Pennsylvania, and that PennFuture's members in counties designated nonattainment will be exposed to high levels of ozone as a result.

13. PennFuture supports timely implementation of the 2015 ozone NAAQS, including with regard to interstate transport of pollution, and opposes any attempt to prevent the required steps toward full implementation. I therefore support PennFuture's intervention in this litigation to defend this rule, which would address air pollution by limiting emissions from sources within and outside of Pennsylvania.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 20, 2024.



Abigail M. Jones

**DECLARATION OF RYAN KELLY**

I, Ryan Kelly, declare as follows:

1. My name is Ryan Kelly, and this declaration is based on my personal and professional knowledge, information, and belief. I am over the age of eighteen years and suffer from no legal incapacity. I submit this declaration in support of Clean Wisconsin's intervention in the challenge to the Partial Denial of Petitions for Reconsideration: Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards.

2. I am the Development Manager at Clean Wisconsin, a public interest membership organization organized and existing since 1970 under the laws of the State of Wisconsin and recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code.

3. My work at Clean Wisconsin includes responsibility for major gifts, outreach and member engagement, including ensuring that members engage with Clean Wisconsin's mission in a manner they value. Specifically, my duties at Clean Wisconsin require me to communicate with Clean Wisconsin's membership, by, among other things, preparing materials for distribution to members and to prospective members concerning Clean Wisconsin's mission and history as well as discussing environmental issues of concern to Wisconsinites. Those issues include clean air and climate change and public health and

environmental impacts in Wisconsin.

4. When an individual becomes a member of Clean Wisconsin, their name and address is entered into our membership database, which is updated each time a member renews membership or donates to Clean Wisconsin. I am responsible for tracking that information.

5. My work at Clean Wisconsin therefore requires me to be familiar with the organization's mission, which is to be a voice for Wisconsin's environment, working to preserve and protect Wisconsin's clean air, clean water, and natural heritage, including by engaging on a wide range of issues and in a number of venues, including state and federal courts, on matters that support and protect our natural resources and the health of all Wisconsinites.

6. Litigation and advocacy seeking cleaner air in Wisconsin, including through the abatement of high levels of ozone pollution that adversely affect our members and all Wisconsinites and that cause environmental harms in Wisconsin, falls squarely within Clean Wisconsin's mission.

7. Through my work at Clean Wisconsin, I understand that the United States Environmental Protection Agency ("U.S. EPA") sets minimum standards, known as the National Ambient Air Quality Standards for ozone ("ozone NAAQS"), for exposure to ozone air pollution, and periodically updates those standards. I understand that the ozone NAAQS was updated in 2015, that there

are areas in Wisconsin that have not met the 2015 standard, and that until a standard is met, it remains effective in those areas.

8. Through my work at Clean Wisconsin, I understand that ozone pollution is a problem—exemplified by the failure to meet or difficulty maintaining attainment of the 2015 ozone NAAQS—for many who live in the southeastern counties in the state, particularly in the counties along Lake Michigan, near Milwaukee and north of the Illinois border. I understand that U.S. EPA has found that some of that ozone pollution is formed by air pollutants that do not originate in Wisconsin but are transported from out of state, particularly from Illinois and Indiana and also from as far away as Ohio and even parts of Texas. In particular, I understand that U.S. EPA has found that out-of-state air pollution has a significant impact on high levels of ozone pollution measured in Kenosha County, Racine County, and Sheboygan County.

9. Through my work at Clean Wisconsin, I understand that on March 15, 2023, U.S. EPA finalized a rule to address upwind emissions of the air pollution that causes downwind states to exceed or have difficulty maintaining the 2015 ozone NAAQS in accordance with a consent decree.

10. Through my work at Clean Wisconsin, I can say that the organization has 628 members living in Kenosha County, 1,632 members living in Racine County, and 407 members living in Sheboygan County.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of July, 2024.

______________________________
Ryan Kelly

## DECLARATION OF PAMELA KRAUSS & ERIC MYERS

We, Pamela Krauss and Eric Myers, declare as follows:

1. Our names are Pamela Krauss and Eric Myers. We both are over 18 years old.

2. We are a married couple who live in Brookfield, Connecticut, in Fairfield County. We purchased this home in December, 2022. We moved here to be closer to our children and grandchildren.

3. We have been members of Sierra Club since 2016. We are passionate about preserving the environment and share many of Sierra Club's goals. We are involved with our local Sierra Club chapter, especially with regards to opposing the construction of a proposed compressor station in Brookfield along the Iroquois gas pipeline. Since retiring, we both have been active in supporting both local and national environmental organizations. We are also members of Audubon Society, Environmental Defense Fund, The Nature Conservancy, Union of Concerned Scientists, National Parks Conservation Association, National Wildlife Federation, and World Wildlife Fund.

4. We both are retired. I, Pam, had a career as a legal and botanical educator and consultant before serving as an Albert Einstein Distinguished

Educator Fellow. I, Eric, worked as an environmental administrator. We both are trained biologists and we both hold Master's degrees in biology.

5. We understand that ozone pollution poses dangerous health risks for people, especially children and older people. We both are concerned that exposure to ozone pollution will harm our health. Eric is currently being treated for lymphoma, and as a result we try to ensure that he is not exposed to poor air quality while battling cancer. Accordingly, on days with bad ozone, we avoid going outside.

6. We have a 2 year old grandson, and a second grandchild due in August. Our family keeps him indoors at daycare and at home during periods of poor air quality because we are concerned about the harm from ozone and other air pollution to his developing lungs. We are concerned for both our grandchildren's safety and health knowing that ozone pollution can be especially damaging to children's lungs.

7. We enjoy hiking, walking, and gardening. We love to hike with our son and young grandson. We spend time on the Connecticut Greenway trail, in Brookfield Town Park, and other local outdoor recreation locations. I, Pam, am also an avid gardener. I am involved with the Brookfield Conservation Commission and have enjoyed teaching botany to local students through gardening. However, on days when air quality is poor, we avoid going outside

because of our concerns about the health risks from exposure to ozone pollution and therefore also forgo these activities that we enjoy.

8. We are aware that Brookfield is located in an ozone nonattainment area, and that Fairfield County has long struggled with persistently high ozone pollution. We are also aware that a number of upwind states emit ozone precursors which significantly contribute to the ozone pollution here in Connecticut.

9. If upwind states were required to limit the ozone pollution they contributed to downwind states, we would have better air quality and fewer bad ozone days. With better air quality and fewer bad ozone days, we'd be happier and healthier. We would spend more time hiking and walking with our son and grandchildren. And I, Pam, would spend more time gardening. We would enjoy our time outdoors more too, without having to worry about the air quality and its harmful effects on our own health or our family's health. And we would look forward to a future where our grandchildren would not have to risk breathing unhealthy air.

We declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2024

Pamela Krauss

Eric Myers

**DECLARATION OF JONATHAN LEVENSHUS**

I, Jonathan Levenshus, hereby declare and state as follows:

1. I am the Sierra Club's Director of Federal Energy Campaigns for the Sierra Club. I am responsible for overseeing the Sierra Club's campaign operations across the United States, including in those suffering from unsafe ground-level ozone pollution. I live in Indianapolis, Indiana. The following information is within my personal knowledge.

2. The Sierra Club is a national, non-profit organization existing under the laws of California, with its principal place of business in Oakland, California. The Club's purposes are to explore, enjoy, and protect the wild places of the Earth; to practice and promote the responsible use of the Earth's ecosystems and resources; to educate and enlist humanity in the protection and restoration of the quality of the natural and human environment; and to use all lawful means to carry out these objectives. Sierra Club members are greatly concerned about air quality, and the Club has a long history of involvement in air quality related activities on both the local and national levels.

3. I have worked at the Sierra Club since 2013. In my position, I am responsible for directing the activities of the Sierra Club's federal energy campaigns throughout the country. These activities include community outreach, public education, lobbying, and litigation. In order to perform the responsibilities of my job, my staff and I interact on a daily basis with the Sierra Club's members in states throughout the U.S. Because of my position and responsibilities, and through my regular interaction with members, I am familiar with the Sierra Club's purpose, organization, and activities, and with the environmental interests and concerns of Sierra Club members.

4. I understand that the United States Environmental Protection Agency, or EPA, recently finalized a nationwide rule called the "Good Neighbor Plan" to address the pollution contributions that 23 states make towards ambient concentrations of ground-level ozone, or smog, in downwind states. My understanding is that EPA modeling showed that emissions of ozone precursor pollution in those states contributed significantly toward ambient ozone in downwind states, and that the upwind states' plans did not include adequate permanent and enforceable reductions in their emissions of ozone precursor pollution, such as nitrogen oxides, or NOx. I likewise understand that the Good Neighbor Plan would result in enormous benefits to public health and the environment by reducing the amount of smog during ozone season.

5. From my work, I understand that ground-level ozone is harmful to human health, particularly to the health of people with asthma, children, older adults, and people who spend a lot of time outdoors. I'm also aware that elevated levels of ozone are harmful for the natural environment, too, including by negatively impacting sensitive vegetation during the growing season.

6. The Sierra Club has hundreds of thousands of members in the U.S., including tens of thousands in the states that EPA found failed to address their cross-state ozone pollution contributions, and in the downwind states that continue to receive that pollution. Sierra Club members are harmed by this air pollution because it impacts their health, and their ability to experience and enjoy the natural environment. As a result, our members and the Sierra Club as a whole are very concerned with threats to air quality, and in the proper implementation of laws intended to protect air quality.

7. In fact, Sierra Club has expended its resources addressing air pollution issues, particularly those issues related to ozone. For example, Sierra Club has sought to inform the public about the

health impacts of ozone air pollution, including increased asthma, using larger than life size images of asthma inhalers at public events where we discuss the issue with members of the public. Similarly, Sierra Club has worked extensively on interstate air pollution transport issues, particularly those concerning ozone impacts in downwind states flowing from power plant emissions in upwind states, educating the public and seeking solutions to these pollution problems. Likewise, the Sierra Club has engaged in litigation where emitters, states, and the federal government have fallen short of requirements in laws like the Clean Air Act intended to protect the public and the environment.

8. Addressing and resolving interstate ozone pollution transport is a priority for the Sierra Club, and defending EPA's Good Neighbor Plan would advance the interests of the Sierra Club's members, and help protect those members from unsafe levels of air pollution. Moreover, the Sierra Club has an interest in ensuring that, consistent with the Clean Air Act, when EPA takes an action of national scope and impact, the action is reviewed in a single correct venue so that Sierra Club does not have to engage in inefficiently duplicative litigation activities across multiple forums.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed June 28, 2023



Jonathan Levenshus

**DECLARATION OF KURT LIMBACH**

I, Kurt Limbach, hereby declare and state as follows:

1. My name is Kurt Limbach, and I am above the age of 18. The following information is based on my personal knowledge or public information available to me.

2. My primary residence is on a farm in Bolivar, Westmoreland County, Pennsylvania. My wife and I have lived at the farm since 1990, when I purchased the property from my stepmother. However, even before 1990, I would visit the property. It's in a rural area, and I have always deeply valued the nature I get to experience there.

3. I have a second house in Pittsburgh. I purchased that property a couple of years after I purchased my farm in Bolivar. I split my time between my farm and my house in Pittsburgh. I also spend one month each year in New England, on Cape Cod.

4. I am a member of the Sierra Club and have been a member since 1996. I strongly support the mission of the Sierra Club to protect the environment and public health, particularly regarding air quality. I support the Sierra Club's work to protect the environment and hold polluters accountable because I believe strongly that a clean environment is important to health.

5. I am also involved in several other organizations that work to restore nature in my area. I serve on the board of the Mountain Watershed Association and the Tubmill Trout Club Unlimited. I also work extensively with the Western Pennsylvania Conservancy. The work that these organizations do, and that I am able to be involved in at these organizations to protect and restore the environment is important to me.

6. I enjoy spending time outdoors, and I value pristine nature. At my farm in Bolivar, I work hard to preserve the natural environment by refraining from using chemicals, such as fertilizers, in the ground at my farm. I deeply enjoy experiencing the wildlife on and near

my land: I have seen bears, bobcats, and bald eagles, and the stream nearby is populated with eastern hellbender salamanders. I also spend a lot of time outdoors for recreation activities, like kayaking, and for the chores required for the upkeep of my farm.

7. I think that it's very important to generate clean electricity to avoid causing pollution and thereby harming nature. I do my part by generating clean energy with the solar panels I have installed at my farm and on my house in Pittsburgh.

8. My farm is very close to five coal-fired power plants. I am only about 17 miles away from the Homer City plant, and I am even closer to the Conemaugh plant–only a couple of miles away–whose stacks I often see. Further, I'm less than 20 miles away from the CPV Fairview plant in Johnstown and the Keystone Plant in Shelocta, and only a few miles from the Seward coal plant in Seward, Pennsylvania. I worry a lot about the pollution from these facilities, and the impact of that pollution on my health and on the wildlife on and near my farm in particular.

9. Having grown up in Pittsburgh, I am very aware of the importance of good air quality for human health. My mother used to tell me stories about streetlights coming on at 1 PM to cut through the midday gloom, and about how the pollution in the air would turn her collars dark. My mother suffered from emphysema, and growing up I suffered from acute allergies that required weekly shots, and so I have really experienced how air pollution can exacerbate health problems.

10. Today, I have a heart condition: atrial fibrillation (also known as "a-fib"), for which I have a pacemaker. To treat my condition, I take a blood-thinner. I also suffer from chronic sinus infections and high blood pressure. My wife is a cancer survivor, and suffers from rheumatoid arthritis.

11. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in Pennsylvania and other states that contribute to smog pollution in Pennsylvania.

12. I enthusiastically support regulations that reduce ozone-forming pollution. I understand that Pittsburgh struggles to achieve federal health standards for smog. I also understand that my wife and I are particularly vulnerable to the adverse health impacts of air pollution due to our health conditions and the amount of time that we spend outdoors.

13. I am also concerned about the impacts that air pollution has on nature. Air pollution like smog is harmful to the plants and animals that I enjoy on and near my farm, and poses a threat to the pristine nature that I value so much.

14. If there were less ozone pollution, I would be less worried about my health and my wife's health. I would be able to enjoy the wildlife on and near my farm with less fear of ozone exposure. However, if regulations to reduce air pollution do not go into effect, the natural environment that I love so much would be at risk of deterioration and my wife and I would face a greater risk of the harmful effects of smog due to our health conditions.

I verify that the facts set forth herein are true and correct, to the best of my knowledge, information and belief.

Executed on May 8, 2023.

Kurt Limbach

**DECLARATION OF KATHLEEN MCCARTHY**

1. My name is Kathleen McCarthy. I am 70 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in Manhattan, New York City. I have lived in New York City since 1979, with the exception of one year away from approximately November 2001 to November 2002.

3. I am an active member of Sierra Club. I started volunteering with Sierra Club in 2017 and joined as a member January 1, 2018.

4. As a member of Sierra Club, I have advocated for action on climate change and air pollution, focusing in particular on shutting down gas peaker plants in New York and advocating for the Climate Leadership and Community Protection Act. I have met with a New York State senator and New York City council member with Sierra Club staff and members and I have traveled to Albany with the New York Renews coalition. I have participated in actions and rallies, and written letters on behalf of my local Sierra Club chapter. I have never been a paid employee of Sierra Club.

5. I am a forest restoration project manager for the New York City Department of Parks and Recreation in the Environment and Planning Division. My office is located in Long Island City, less than 1 mile from the Ravenswood power plant. I also work at a remote location in the field, at Idlewild Park in Brookville, Queens, New York.

6. I spend time outdoors as part of my job. I spend approximately 5 hours per week outdoors commuting to work. At work, I spend approximately 5 hours outdoors per week in the field. When the weather is nice, I go to the only park near the office on the East River, right next to Ravenswood power station, to have lunch and go for a walk.

7. I spend recreational time outdoors. I spend approximately 6 hours per weekend outdoors in New York City, walking to the farmers market, by the East River, or in Central Park. I also go hiking in upstate New York and in New Jersey approximately once per month.

8. I experience bad air days living in New York, and I change my behavior when there are bad air days. On bad air days the air feels oppressive and it feels harder for me to breathe, particularly in the summer. When I learn that there is a high air pollution day, I do not go out in my local area for pleasure, walk to the East River, or sit outside in the park for lunch near my office.

9. I have a fear of air pollution because my family has a history of lung disease. My grandfather died of tuberculosis. My father had lung cancer twice. The first time, one of his lungs was removed. The second time, my father had non-smoker's lung cancer and emphysema in his remaining lung, and he died as a result. My family history makes me cautious about bad air quality because I worry we have a weakness when it comes to lung health.

10. I am also concerned about air pollution, and ozone pollution in particular, because my niece currently lives in New York City and has had asthma

her entire life. In addition, I am concerned for my crew at the New York City Parks Department, who work outdoors every day and are exposed to air pollution.

11. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in New York and other states that contribute to smog pollution in New York.

12. I absolutely support regulations that reduce ozone-forming pollution. Ozone pollution poses a huge cost to our health and huge financial cost to the community when people become ill because of exposure to air pollution. Caring for people with lung problems is expensive and can be a drain on the family financially, children do not learn as well when they are ill, and it takes time and energy away from more positive and enjoyable activities.

13. Sierra Club members have worked very hard to shut down our coal plants and we are working now to shut down gas plants in New York, but if neighboring states are producing smog it thwarts our attempts to live a healthy life here. It is alarming that New York is being affected by pollution coming from other states.

14. If there were less ozone pollution, and fewer high pollution days as a result, I would be able to spend more time outdoors, enjoy that time more, and worry less about my niece and my crew at work. Conversely, if regulations to reduce air pollution do not go into effect, I would not experience those benefits of cleaner air.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4-24-2023

Kathleen McCarthy

**DECLARATION OF WALLACE MCMULLEN**

I, Eldon Wallace McMullen, hereby declare pursuant to 28 U.S.C. § 1746:

1. This declaration is based on my personal knowledge. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am 79 years old, and I am a resident of Louisville, Kentucky. I have lived in Kentucky since 2006 and at my current address since 2014.

3. I live roughly 11 miles from Mill Creek Station, a large coal-burning power plant in the Louisville area. My home is also about 12 miles from Kosmos Cement, a cement manufacturing facility and about 2.5 miles from American Synthetic Rubber Company, a chemical plant in Louisville. In addition to American Synthetic Rubber Company, I live near many other chemical plants located in a neighborhood that is nicknamed "Rubbertown," roughly 3 miles from my home.

4. I am an active member of Sierra Club and have been since approximately 1995, when I joined the Missouri state chapter. I have been a member of the Kentucky chapter of the Sierra Club continuously since 2006, when I moved to the state.

5. I was a member of the Sierra Club Kentucky chapter's executive committee from 2007 to roughly 2016. I have been a member of the Greater Louisville Sierra Club executive committee since 2006. Since 2012, I have been the Conservation Chair and Political Chair for the Greater Louisville Sierra Club. I have never been a paid employee of Sierra Club.

6. For a few years, I was the leader of a group of volunteers called the Sierra Club New Energy Future. We got grants from the national Sierra Club for at least four years to organize a conference in the Midwest about issues on our campaign to move beyond coal. Given the subject of the conference, the issues covered always included air quality.

7. Around 2008, I participated in working groups on air quality issues with the air pollution control district in Louisville.

8. I spend time outdoors throughout the week for recreation. I bike 30 minutes a day, 4 times per week—that's my standard aerobic exercise. On my bike trips, I bike from my home to the Louisville Memorial Gardens and Funeral Home cemetery. I ride around in the cemetery for about fifteen minutes. Then, at the eastern edge, I turn into a driveway at the back end of a shopping center and retrace my route home.

9. From approximately early April until late October, I spend roughly 30 minutes a week outdoors mowing my lawn.

10. I spend roughly 30 minutes per week, averaged over the course of a year, doing general outdoor work on my property. I spend my time working on my shrubbery and activities along those lines. For example, I've planted 12 trees on my property, and there are some bushes along the front walk that seem to perpetually need trimming.

11. I fear harm from air pollution in Louisville. I just read a report about how Mill Creek is one of the worst plants in the country for fine particulates emission. It's worrisome to me that one of the major emitters of smog is not very far from me. I'm very much within Mill Creek's air shed. Further, I live near the American Synthetic Rubber Company chemical plant and other chemical plants in Rubber Town. I know there's bad stuff being put into the air by industry in the air shed that I live in.

12. I particularly fear the health consequences of air pollution, including smog. I have high blood pressure, which I fear may be from air pollution. I would enjoy my time outside more if the air quality were improved, because it would decrease my worry about the effects of exposure to pollution while outdoors.

13. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in Kentucky and in other states that contribute to smog pollution in Kentucky.

14. I absolutely support regulations that reduce ozone-forming pollution. I believe that reducing ozone-forming pollution will make air quality better and will improve health outcomes for the entire population—resulting in fewer missed work days, fewer medical expenses, and less stress on the healthcare system. It's generally better for life all around.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/22/23

E. Wallace McMullen

Eldon Wallace McMullen

**DECLARATION OF DR. BRIAN MOENCH**

I, Dr. Brian Moench, hereby declare as follows:

1. I am 73 years old, and I am a member, Board member, the President of the Board of Directors, and co-founder of Utah Physicians for a Healthy Environment (UPHE). I founded UPHE in 2007. I am also the Board Chair of Doctors and Scientists Against Wood Smoke Pollution (DSAWSP).

2. I live on the east side of Salt Lake County, just south of Salt Lake City, with my wife. I grew up in Salt Lake County, went away to college, then returned in 1981. I have lived at my home since 1982, and I intend to continue to live here for the foreseeable future. My children and grandchildren visit me at my home frequently.

3. I am a semi-retired doctor. I have worked as an anesthesiologist in Salt Lake City since 1981. Now, I primarily do research consulting and hands on clinical work as part of that research.

4. I engage in outdoor activities regularly. I commute to work by bike whenever I can—lately, about 2-5 times a month. It's about 5 miles round-trip. I also spend many hours a week gardening and doing landscaping maintenance at my home. I plan on continuing these activities for as long as I am able.

5. I also hike, camp, backpack, and bicycle, including in Utah's parks and natural areas. I visit Big and Little Cottonwood Canyon, and Parley's Canyon a

couple of times a year. In the past five years, I have also visited Zion National Park, and parks in Wyoming and Oregon. I also plan on continuing these activities for as long as I am able.

6. Both as a physician and through my work with UPHE, I am familiar with the harmful effects associated with air pollution, including ozone pollution, on human health. As President and co-founder of UPHE, I give lectures, publish articles, and submit comments to the U.S. Environmental Protection Agency (EPA) and the Utah Division of Air Quality (UDAQ) compiling scientific information concerning the health effects of air pollution. Additionally, I coordinated and did the majority of the research for the document *The Health Consequences of Air Pollution* that is featured on UPHE's website. I have been the principal author of extensive and heavily referenced comments submitted to federal and state agencies on various types of environmental rule making, and I've consulted on court briefs written for environmental lawsuits on behalf of UPHE. I am the author of the health chapter in the book published by the University Press, *Utah's Air Quality Issues: Problems and Solutions* (2020). I have also self-published two books with prominent chapters on environmental toxins, titled: *Death by Corporation: The Killing of Humankind in the Age of Monster Corporations* (2019); and *The Great Brain Robbery: Why Women have Become Smarter Than Men—Science with an Attitude* (2021).

7. Air pollution, including ozone pollution, affects me personally. I have had a type of cancer that some studies have found to be correlated with air pollution. In August of 2019, I also had a blood clot in the large artery to my right leg, causing near 100% occlusion of the blood flow to the leg and a life-threatening emergency. This type of blood clot is extremely rare for someone without other health issues, and I have had to be on blood thinners ever since. Blood clots are known to be highly associated with air pollution.

8. I have been recently diagnosed with severe, debilitating narrowing of the main artery to my left leg due to atherosclerosis. This will limit my activity and ability to exercise for the rest of my life, and may become limb threatening requiring an angioplasty or major arterial reconstruction surgery. Acceleration of the progression of atherosclerosis is a well-known consequence of air pollution exposure, including particulate air pollution being known to accumulate in and enhance the obstruction of blood flow at these sites of atherosclerosis, such as the one threatening my leg. I have no other risk factors for this rare arterial disorder.

9. In February of this year—on the day that we had the worst air quality all year—my wife had a heart attack, also from a blood clot.

10. I also have immediate family members in the Salt Lake Valley that suffer from diseases that can be attributed in whole or in part to the higher rates of air pollution we have in our area. For example, my daughter has breast cancer, which

is known to occur more frequently where there are higher rates of air pollution. Numerous studies also show that cancer survival is also correlated with less air pollution. In total, seven of my twelve immediate family members have had cancer, including two of my children.

11. Other serious medical conditions related to air pollution have afflicted my family members. My mother died of pneumonia during one of the severe wintertime pollution episodes that are common in Salt Lake County. Poor air quality increases the likelihood that common illnesses, like pneumonia, will be fatal. My mother-in-law died of a pulmonary embolus. The incidence of this disease is dramatically increased by higher levels of air pollution. For the last twelve years of his life, my father was debilitated by a stroke. Medical studies have shown that air pollution can trigger strokes, along with heart attacks and irregular heart rhythms, especially for people already at risk for these conditions.

12. I also know, based on medical studies that I have read and that mainstream medical societies have embraced, that poor air quality compromises my grandchildren's health in multiple ways, even if the effects are currently subclinical and may not become clinical for decades. Some of the well-documented subclinical consequences of air pollution exposure are an accelerated aging process, shortened life span, higher blood pressure, and a more rapid decline in cognition. Numerous studies show that some of the health consequences of air

pollution can be transgenerational—i.e., can persist in subsequent generations through alterations of chromosome function.

13. For all of these reasons, I have serious concerns about the way air pollution is affecting and could affect my health and my family's health. Thus, I track publicly available air quality alerts. I avoid biking to work on days with high levels of ozone pollution, and I avoid gardening as well when the ozone levels are high enough. If I do bike on a day with high levels of air pollution, I feel a shortness of breath that I do not feel when biking on clearer days. These high pollution events make it less enjoyable to be outdoors, whether on my bike or in my garden.

14. Bad air quality means poor visibility too. I have visited parks when visibility is poor, and I do not enjoy them as much as when the air is clean. I also enjoy my time at the parks less when air quality is bad because I am concerned about my health, and I have to limit my exercise. The one place I should be able to see beautiful vistas, breathe clean air, and be free of such concerns, is in our parks.

15. I am aware that the Salt Lake City area is in nonattainment of the 2015 ozone standard and that, according to EPA, in addition to the pollution that originates in Utah, some of the ozone pollution in Salt Lake County originates in other states, including California and Nevada.

16. Reduced ozone pollution where I live and spend time outdoors would benefit me and my family. I would have more good air quality days to bike to work and to

garden, and I would worry less about the health effects from breathing the local air during those activities. I would also enjoy the parks in my area more with better visibility, and without having to limit my exercise or worry about my health during my hikes.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed in Salt Lake City, on June 26, 2024

Brian Moench, MD

________________________________

Brian Moench, MD

**DECLARATION OF VERENA OWEN**

I, Verena Owen, hereby declare as follows:

1. I am 66 years old and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgement on the matter.

2. I live in Winthrop Harbor, Illinois, just south of Kenosha, Wisconsin, and about one mile from Lake Michigan, and about an hour north of Chicago.

3. I am an active member of the Sierra Club and have been a member since 1991. I got involved with the Sierra Club because I am passionate about its mission to protect the environment and public health. I am the Volunteer Co-Leader of Sierra Club's National Beyond Coal Campaign, In that role, I helped co-found the Beyond Coal Campaign in 2002, when other Illinois Sierra Club volunteers and I began to see more and more proposals for new coal plants popping up in the backyards of communities across Illinois and Wisconsin. Together, with other Sierra Club volunteers, we began tracking coal plant permits and participating in regulatory and rulemaking proceedings across the country to stop the build out of new coal plants and push highly-polluting, existing coal and fossil-fuel burning power plants to clean up their pollution or transition to clean energy. I have also spoken in support of strengthening air pollution standards in

numerous EPA and state rulemakings, including EPA's 2010 public hearings in Chicago regarding the Transport Rule.

4. Given my volunteer experience as part of the Sierra Club's Beyond Coal Campaign for more than 20 years, I know that fossil-fuel burning power plants and other industrial sources emit significant amounts of nitrogen oxides, which can contribute to the formation of harmful ground-level smog or ozone, both in the vicinity of those power plants and sometimes hundreds of miles away.

5. I'm also aware that EPA has determined that air quality in Lake County, Illinois, where I live, and several nearby counties in Illinois and Wisconsin, fail to meet national safeguards for ozone pollution, meaning that the air is unhealthy to breathe. I know that, according to EPA and air quality modeling, high concentrations of ozone pollution in Illinois and Wisconsin are due, in part, to air pollution from power plants hundreds of miles away, in states like Texas, Missouri, Ohio, Kentucky, and others. Smog also causes hazy skies and visibility impairment in places like Chicago, where I regularly travel for volunteer work and recreation.

6. I am deeply concerned about smog and poor air quality in my community and in the broader Chicago area. While I personally do not have respiratory issues, I do have a heart condition which research shows can be exacerbated by ozone pollution. Additionally, my husband is sensitive to the

respiratory effects of ozone pollution and experiences a heavy feeling in his lungs on days when the air quality index ("AQI") is high. I often tell him to take it easy or to go home and this limits our ability to enjoy outdoor activities.

7. I worry about my health as well as the health of my husband. As a result, I frequently monitor the air quality in my area. I use a smart phone app and subscribe to email updates from AirNow, each of which notifies me when air pollution is bad in my area – to plan our daily activities. Although we love to go for walks along Lake Michigan, hikes and bike rides in our community, and garden, we avoid going outdoors on days when the air quality is bad and ozone levels are high. We also enjoy going to farmers markets or going shopping in Kenosha, and our doctor's office is also in Kenosha. I also regularly travel to Chicago to attend social or cultural events as well as visiting the Sierra Club office. But I avoid those activities, if I can, when air quality is poor. Sometimes, however, I have to go into the Chicago office or shopping, and I'm unable to avoid being exposed to elevated smog levels, which makes me concerned for my health and my husband's well being. It's also disappointing to see smog in places like Chicago, and it makes me sad to know that a large portion of that smog could be eliminated if we reduced our reliance on fossil-fuel burning energy generation.

8. I would like to enjoy regular outside activities such as biking, hiking, and gardening, but we have to avoid those activities on bad air days. My residence

in Winthrop is about a mile from Lake Michigan and about three blocks from Wisconsin border. I enjoy taking walks along the lakeshore. On clear days, I can distinctly see the Chicago skyline about 50 miles south. When smog pollution levels are high, the entirety of the skyline is sometimes obscured, which is incredibly disappointing to me.

9. I understand that EPA has issued a rule that would reduce smog pollution in Illinois and Wisconsin by requiring power plants and other sources of ozone-forming pollution in other states to do their fair share to reduce pollution. And I know that Sierra Club advocated for such protections, and is supporting EPA against legal challenges from industry. I support EPA's regulations and Sierra Club's effort to support those regulations because the rule would benefit my health and my family, and improve my ability to spend time outdoors hiking, biking, gardening, and enjoying nature and the outdoors generally.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/16/2023

Verena Owen

**DECLARATION OF MISTI O'QUINN**

I, Misti O'Quinn, hereby declare as follows:

1. I am a board member of Downwinders At Risk. I joined the board in 2017. Downwinders At Risk is incorporated under the laws of Texas as a non-profit organization. Downwinders at Risk was organized to reduce air pollution that harms North Texas, particularly the Dallas-Fort Worth area.
2. I am also a Sierra Club member and work for the Club as an organizer. I have been a member since 2017, but I volunteered for Sierra Club even before I joined as a member.
3. I live in Dallas, TX in Collin County. I grew up in the Dallas-Fort Worth area and have lived here all my life. I have three children, ages 9, 16, and 18. They live with me.
4. I am aware that the Dallas-Fort Worth area, including Collin County where I live, fails to meet clean air standards for ozone, a harmful air pollutant that can cause serious respiratory problems, asthma attacks, and even death.
5. My family and I spend lots of time outside for recreation, where we breathe polluted air. My children love playing outside, and swimming when the public pools are open. They usually go swimming two to three times a week during the summer months. We like to visit the Arbor Hills Nature

Preserve and the Cedar Ridge Preserve as a family to spend time at the overlooks and have picnics. We also like to grill outside. But I often check the weather report, and if it's a bad air day, we stay indoors and can't enjoy these activities.

6. I also spend a lot of time outside as part of activities with Downwinders At Risk, and as part of my job with Sierra Club. Since March 2018, I've been frequently going to Joppa, a neighborhood in southern Dallas that was founded as a freedman's town, to try to develop an air monitoring network and to get a better understanding of what the air quality there actually is like. The neighborhood has many sources of air pollution, including a concrete batch plant, an asphalt plant, and other industrial facilities. Based on my experience volunteering with Downwinders at Risk and Sierra Club, I understand that ozone pollution in the Dallas Fort Worth area and my community is also caused by pollution from numerous sources that may be many miles away, including large coal- and gas-burning power plants throughout Texas.

7. We train community members to use portable air monitors to, for example, monitor particulate matter in their neighborhood. We are also getting permanent air monitors up in Joppa and throughout Dallas to build out an air monitoring network. We also help our community members

track levels of ozone or smog pollution through online sources.

8. As a community organizer, I also sped a lot of time outdoors. Specifically, I participate in outdoor protests, demonstrations, and spending time educating and working with other community members.

9. Two of my children—my 9-year-old son and 16-year-old daughter—have asthma. They've had to go to the doctor so often that my 16-year-old knows the details of the routine at the hospital. When she was about 5, she was in the ER about once a month because of asthma attacks. We've been largely able to control it now, but there are flare-ups. She still has to stay home from school a lot because of her asthma.

10. I've started trying to do more cardio to build up my lungs and combat the effect of ozone pollution—but I only run indoors, at the gym. Running on the treadmill gives me shin splints, and it's boring. I would like to run outside if the air quality were improved.

11. I would also really like to spend more time outdoors gardening if the air quality were improved.

12. My 9-year-old is also seriously affected by asthma and has to stay home from school regularly as a result. He has had two bouts with pneumonia already that sent him to the hospital for 5-6 days each. They started with allergies and asthma attacks, then got worse.

13. The doctor visits and medications my children need because of these asthma problems and flare-ups are expensive. Both my son and daughter take a variety of medication and inhalers to control their asthma. My son likes to hear the hum of his nebulizer—a breathing machine—to get to sleep. We shouldn't have to live like this.

14. Other family members of mine have had asthma. My grandmother would have asthma attacks so bad she would have to be in the hospital for days at a time. One put her in a coma.

15. I also sometimes have to use an inhaler or nebulizer when my chest gets tight and it gets harder to breathe.

16. The doctor visits and medications we need because of these asthma problems are expensive. We also use plug-in air purifiers in our home, which is another expense.

17. I am very concerned about the impact of air pollution on my family's and my health and wellbeing. My children's respiratory illnesses are what drove me to get involved with Downwinders At Risk and Sierra Club. Once I started getting data on air quality and the links between air pollution and respiratory illnesses, it lit a fire under me.

18. Better air quality where we live, work, and engage in recreation will benefit me and my family. With more clean air days, we wouldn't have to

stay inside. I would worry less about my children's and my health. Clean air would also help us financially, because we could avoid the expense of doctor visits and medication for my children's asthma.

19. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Texas by requiring many industrial sources in Texas and other states to reduce emissions. I strongly support Downwinders At Risk's and Sierra Club's legal efforts to support EPA's regulations and to ensure that the Clean Air Act is fully implemented and ozone air pollution levels are reduced. Such regulations would benefit my health, my family's health, and other people who suffer from respiratory disease, and improve my ability to spend time outdoors.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: March 16, 2023

Misti O'Quinn

# DECLARATION OF ALISON PROST

I, Alison Prost, hereby declare and state as follows:

1. This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and competent to testify.

2. I am the Vice President for Environmental Protection and Restoration (EPR) at the Chesapeake Bay Foundation, Inc. (CBF) based in Annapolis, MD.

3. In my current position, I am responsible for overseeing the activities of the EPR Department, which operates throughout the Chesapeake Bay watershed. These activities include advocacy and lobbying at state legislatures, community outreach and engagement, policy analysis and development, and watershed restoration (for example, construction and seeding of oyster reefs and planting of forested riparian buffers). Because of my position and responsibilities, I am familiar with CBF's mission, organization, and activities, as well as the environmental interests and concerns of our members.

4. CBF is a nonprofit, nonpartisan, public-interest advocacy organization with members throughout the Chesapeake Bay region. As of October 2023, CBF has more than 181,400 total members and e-subscribers, including 66,555 in Maryland; 4,654 in Delaware; 4,592 in the District of Columbia; 890 in West Virginia; 7,684 in New York; 56,942 in Virginia; and 19,377 in Pennsylvania.

5. CBF maintains offices in Annapolis and Easton, MD; Richmond and Virginia Beach, VA; and Harrisburg, PA. CBF operates several environmental education centers on the Chesapeake Bay: Karen Noonan Center, Crocheron, MD; Port Isobel, Tangier, VA; Smith Island, Tylerton, MD; and the Arthur Sherwood Environmental Education Center, Annapolis, MD. CBF also maintains oyster restoration operations in Maryland and on the Prudence H. & Louis F. Ryan Mobile Oyster Restoration Center based in Virginia Beach, Virginia.

6. Chesapeake Bay faces persistent water quality challenges due to nitrogen, phosphorus, and sediment pollution. Excessive nitrogen and phosphorus lead to an overabundance of algae which blocks sunlight from reaching underwater grasses that serve as food and habitat. As the algae decay, they consume oxygen, leading to hypoxic or anoxic dead zones—water with little to no oxygen where aquatic life struggles to survive. Sediment pollution clouds the waters of the Bay, preventing sunlight from reaching underwater grasses and smothering oyster beds and other bottom-dwelling species.

7. CBF's interest in improving water quality in Chesapeake Bay is intertwined with regional air quality issues. The Chesapeake Bay airshed is 570,000 square miles, stretching from Canada in the north, to South Carolina in the south, and to Indiana and Kentucky in the west. The airshed is almost nine times larger than the area of the watershed. One of CBF's priorities is ensuring a

reduction of nitrogen oxides (NOx), a precursor pollutant to ozone and a contributor to atmospheric deposition of nitrogen. Persistent high levels of ozone pose serious risks to the health of our members and the ecological health of Chesapeake Bay and its tributaries.

8. The Chesapeake Bay watershed includes parts of three areas designated as moderate nonattainment areas for the 2015 ozone standard: Philadelphia-Wilmington-Atlantic City, PA-NJ-MD-DE; Washington, DC-MD-VA; and Baltimore, MD. CBF members live, work, and recreate in these areas. Reducing NOx emissions and ozone pollution in the airshed will improve both the air and water quality of the Chesapeake Bay region.

9. Already, in the early months of the 2024 ozone season, these three areas collectively have experienced six (6) days when air quality exceeded the 2015 ozone daily maximum standard (0.070 ppm) and outdoor air was categorized as "Unhealthy for Sensitive Groups." U.S. EPA, Air Data – Ozone Exceedances (data generated June 19, 2024), https://www.epa.gov/outdoor-air-quality-data/air-data-ozone-exceedances.

10. CBF is the largest independent conservation organization dedicated solely to restoring and protecting the Chesapeake Bay and its tributary rivers. Our goal is to improve water quality and support implementation of the Chesapeake Bay Clean Water Blueprint. The Blueprint refers to the Chesapeake Bay Total

Maximum Daily Load (TMDL), issued by the Environmental Protection Agency (EPA) in December 2010, and state-developed Watershed Implementation Plans (WIPs) which outline Bay jurisdictions' strategies to meet the goals of the TMDL. The Bay jurisdictions are Maryland, Pennsylvania, Virginia, Delaware, West Virginia, New York, and the District of Columbia.

11. The Chesapeake Bay TMDL set pollution reduction targets for nitrogen, phosphorus, and sediment. These targets represent the pollution limits necessary to meet water quality standards in the Bay. The pollution limits were further divided by Bay jurisdiction and by major river basin.

12. When the Bay TMDL was established in 2010, EPA identified the atmospheric deposition of nitrogen as contributing roughly one-third of the entire nitrogen input to the Bay watershed. *See* Chesapeake Bay TMDL, Appendix L: Setting the Chesapeake Bay Atmospheric Nitrogen Deposition Allocations, at L-2 (Dec. 29, 2010), *available at* https://www.epa.gov/sites/production/files/2015-02/documents/appendix_l_atmos_n_deposition_allocations_final.pdf. Atmospheric loads of nitrogen come from nitrogen oxides (NOx) and ammonia (NH3). The principal sources of NOx are industrial-sized boilers, like those at power plants, and internal combustion engines from mobile sources. *Id.* at L-2. Bay TMDL modeling relied on "emission reductions from regulations implemented through the Clean Air Act authority to meet National Ambient Air Quality Standards for

criteria pollutants in 2020", including a prior iteration of a federal interstate ozone transport rule. *Id.* at L-13.

13. CBF's advocacy seeks to reduce nitrogen loads to the Bay watershed, including through atmospheric deposition, both for the Bay Blueprint and for long-term restoration of the estuary and its tributaries beyond 2025.

14. CBF's environmental restoration efforts involve in-the-ground and in-the-water projects to improve water quality. These projects are coordinated and installed by CBF staff, along with partners and volunteers, and include tree plantings, riparian buffers, submerged aquatic vegetation plantings, and a substantial oyster restoration effort.

15. Oysters (*Crassostrea Virginica*) are an iconic species of Chesapeake Bay, providing benefits to the Bay of filtering water for pollutants, like nitrogen, as well as providing a livelihood to Bay watermen.

16. CBF's oyster restoration team conducts numerous activities to improve the oyster population and water quality in Chesapeake Bay, including an oyster gardening program (growing oysters in cages suspended from a dock), an oyster shell recycling effort, and the restoration of oyster reefs in Maryland and Virginia waters. *See* https://www.cbf.org/about-cbf/our-mission/restore/oyster-restoration/.

17. For example, at the former location of CBF's Oyster Restoration Center in Shady Side, Maryland, several large tanks were used to grow juvenile oysters, or spat. These juvenile oysters were later placed onto sanctuary reefs by CBF's restoration vessel, *Patricia Campbell*. In 2021, CBF produced 21.8 million juvenile oysters (spat on shell) at the Shady Side Center and deployed them to reefs throughout the Bay via the *Patricia Campbell*. CBF's Maryland oyster restoration work has since moved to a new location in Shady Side, Maryland. In 2023, through the oyster gardening program, CBF was able to plant more than 1.6 million oysters on sanctuary reefs throughout the state of Maryland. *See* https://www.cbf.org/document-library/cbf-publications-brochures-articles/morc-annual-report.pdf.

18. In Virginia, CBF uses twin oyster barges to produce juvenile oysters for restoration. *See* https://www.cbf.org/how-we-save-the-bay/programs-initiatives/virginia/oyster-restoration/virginia-mobile-oyster.html. This innovative mobile worksite allows CBF to grow oysters in holding tanks until they are large enough to be planted on either existing or new reefs. In 2021, with support from the National Fish and Wildlife Foundation, CBF planted 2.62 million juvenile oysters (or spat). In 2023, volunteers in Virginia joined CBF as it expanded its oyster gardening program, hosted 25 shell bagging events, and installed a 718-foot living shoreline of oyster reef and marsh grasses. *See*

https://www.cbf.org/document-library/cbf-publications-brochures-articles/virginia-oyster-restoration.pdf.

19. CBF invests, on average, more than $350,000 per year on oyster restoration in Maryland alone. Funds for administering these oyster programs are primarily provided by member donations and grants.

20. NOx pollution, including amounts that drift into the Bay region from upwind states in the airshed, contributes to the harmful effects of excess nitrogen in the Bay watershed, including poor water quality which harms oysters and other aquatic life and directly undermines CBF's oyster restoration efforts.

21. CBF also conducts extensive in-the-ground restoration projects throughout the Bay watershed that are designed to, among other benefits, filter runoff and reduce the amount of nitrogen and other pollutants reaching waterways. These projects include tree plantings in urban neighborhoods and along rivers, streams, and shorelines to create runoff-filtering buffers; wetlands restoration projects; working with landowners to create living shorelines along river and Bay waterfronts using native wetland plants and grasses; and working directly with farmers to implement regenerative agriculture practices.

22. For example, through the Greening Southside Richmond Project, CBF worked with local partners to plant more than 650 new trees in formerly redlined neighborhoods suffering from extreme heat and heat-related illnesses due, in part,

to the lack of trees and green space. *See* https://www.cbf.org/blogs/save-the-bay/2020/09/formerly-redlined-areas-of-richmond-are-going-green.html. The tree planting was enabled by a grant from the National Fish and Wildlife Foundation and was designed to improve air quality, lower temperatures, and filter stormwater runoff, among other benefits for the communities.

23. CBF invests, on average, more than $420,000 per year on land-based restoration projects in Maryland alone. Funds for administering these restoration programs are primarily provided by member donations and grants.

24. NOx pollution, including amounts that drift into the Bay region from upwind states in the airshed, contributes to the harmful effects of excess nitrogen in the Bay watershed and directly undermines and counteracts CBF's restoration efforts. NOx emissions also fuel ozone pollution, which can damage and slow the growth of trees and vegetation, thereby directly impacting CBF's tree plantings and other land-based restoration efforts.

25. CBF also operates a robust field education program throughout the watershed, including in areas affected by ground-level ozone pollution. For example, the Baltimore Harbor Environmental Education Program takes students on the *Snow Goose*, a research workboat, to study the dynamic relationship between the Port of Baltimore and the Chesapeake Bay's Patapsco River. The excursions launch from locations along the Inner Harbor in downtown Baltimore.

In Fiscal Year 2023, CBF hosted 1,425 students, teachers, and chaperones on the Baltimore Harbor Program.

26. The Baltimore Harbor Program provides an opportunity for students to learn firsthand about the importance of oysters for water quality and the habitat they provide for several different Bay species. Students pull and inspect oyster cages hanging off the dock and, when accessible, travel to Fort Carroll to investigate oysters on the sanctuary reef. While the students are on board the *Snow Goose* they participate in conducting several different chemical tests to determine the amount of dissolved oxygen, nitrogen, and phosphorus in the water. Students will often conduct these tests in several different sites in Baltimore Harbor and will upload the results to an online GIS map.

27. While aboard the *Snow Goose*, students observe some of the many human activities affecting the local environment such as superfund sites, brownfields, wastewater treatment plants, power plants, and a variety of industrial sites and other sources of air pollution.

28. Poor air and water quality caused by NOx emissions and ozone can interfere with CBF's educational programming.

29. CBF has expended significant resources and time investigating regional air pollution to better understand how the transport of NOx emissions affects the Chesapeake Bay watershed. These resources include a substantial

amount of policy, advocacy, and scientific staff time. For example, CBF commissioned air pollution and air modeling experts to quantify the amount of nitrogen that would be deposited from power plant NOx emissions directly into the mainstem and tidal waters of Chesapeake Bay. *See* https://www.cbf.org/issues/air-pollution/the-unseen-traveler.html.

30. CBF recognizes the importance of participating in public comment and hearing processes related to the regulation of air pollution by EPA and state agencies and seeks to contribute its unique expertise and interests to such proceedings. CBF has submitted public comment letters and engaged in state and federal rulemaking processes and has submitted information to illustrate how NOx emissions from stationary sources contribute nitrogen to the Bay watershed.

31. CBF has been active in public participation processes and litigation related to the regulation of interstate ozone pollution, including prior Good Neighbor rules and petitions.

32. Reducing nitrogen oxide pollution, a precursor pollutant to ozone and a contributor to the atmospheric deposition of nitrogen, is a programmatic goal for CBF. EPA's Good Neighbor Plan requires reductions in nitrogen oxides and ozone pollution which reduces negative impacts to the Chesapeake Bay watershed, airshed, and public health.

33. EPA's Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards would lead to reduced nitrogen oxides and ozone pollution; contribute to CBF's organizational goals of improving water quality and supporting the Bay Blueprint; and would advance the interests of CBF's members who rely on and value clean air and clean water throughout the Chesapeake Bay region.

I declare under penalty of perjury and based on personal knowledge that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 21st day of June 2024.

____________________________
Alison Prost

**DECLARATION OF SCOTT REDFERN**

I, Scott Redfern, hereby declare as follows:

1. I live in Fairfield County, Connecticut with my wife and adult daughter. I've lived here for almost 35 years.
2. I am a member of the Appalachian Mountain Club and have been for the last 12 years. I am also a member of the Aspetuck Land Trust here in Fairfield County, the Appalachian Trail Conservancy, and The Nature Conservancy.
3. I enjoy spending time outdoors and I spend as much time outdoors as possible. I hike on Connecticut's state-maintained trails at least weekly. I go running about 3 times a week, either from my home or at a local park. My wife and I walk to a local park and walk the trails there almost every day. We also go kayaking 3 or 4 times a year locally on Lake Wintergreen in West Rock Ridge State Park, Great Hollow Lake, and Lake Zoar. And in the winter, when there is enough snow, we go snowshoeing in Connecticut.
4. I also take multi-day backpacking trips 3 or 4 times a year. I'm working my way along the Appalachian Trail. So far, I've hiked 1,700 miles of it, from Maine to the Virginia/Tennessee border, including the sections in Connecticut, New York, New Jersey, Pennsylvania, Maryland, West Virginia, and Virginia. My son and I are also working on climbing the high points in each of the lower 49 states. We go about 5 or 6 times a year. We've climbed the high points in for example California, Maryland, Nevada, New York, New Jersey, Pennsylvania, Texas, Virginia, and West Virginia, and we still have many states to go, including Alabama, Arkansas, Arizona, Illinois, Indiana, Kentucky, Louisiana, Michigan, Minnesota, Missouri, Mississippi, New Mexico, Ohio, Oklahoma, Tennessee, Utah, and Wisconsin.

5. I'm concerned about ozone pollution. I can feel the impact of poor air quality when I am spending time outdoors. My chest feels tight and I have difficulty getting a full breath of air. I feel like I am laboring to breathe more than I normally do. This is uncomfortable, and I enjoy being outdoors less when I feel these effects. I've had to abandon backpacking trips because of poor air quality. I also have had to cut my runs short on high ozone days because I feel like my breathing is strained and I'm not getting enough air. I notice these impacts most during the summer months.
6. I'm also concerned about air pollution because of poor visibility which detracts from my backpacking and mountain climbing activities, and my hiking in Connecticut. I enjoy getting to the top of the mountain and looking far off across the landscape. I look forward to clear days. I'm disappointed when visibility is limited, and I see the haze of the air pollution instead.
7. I'm also concerned about the long-term effects of air pollution, including ozone pollution, on my health. I worry about the effect it will have on my lungs and respiratory system. Cancer is hereditary in my family, and I understand air pollution stresses the body and can contribute to health harms, including cancer. I worry that my exposure to air pollution may increase my risk of developing cancer in the future, particularly since I am predisposed.
8. As a result, I pay attention to air quality when I'm planning to spend time outdoors. I have alerts turned on for my phone from The Weather Channel app that let me know when the air quality is poor. I stay indoors more during times when ozone levels are high. I try to run in the mornings, and if I have outdoor activities planned in the afternoon when air quality is bad, I will rearrange my day to avoid being outdoors during the afternoon, shorten those activities, or cancel altogether.

9. I am aware that Fairfield County is in nonattainment of the 2015 ozone standard and that, according to EPA, the ozone pollution in Connecticut comes from several upwind states including Illinois, Indiana, Kentucky, Maryland, Minnesota, New Jersey, New York, Ohio, Pennsylvania, Virginia, and West Virginia. I've noticed that we have more prolonged periods of high heat, combined with poor air quality and high ozone levels every year.

10. Reduced ozone pollution where I live and where I spend time outdoors would benefit me. With lower levels of air pollution, including ozone pollution, I would feel less tightness in my chest when I backpack and run. I wouldn't have to abandon or curtail these activities as much. I would be able to breathe easier and I would enjoy these activities more as a result. With more clear days, I would also enjoy the views when backpacking or mountain climbing more. Most importantly, I would worry less about the effects of my exposure to air pollution on my health.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed in Fairfield County, Connecticut, on June 30, 2023

Scott Redfern

**DECLARATION OF NANCY RETANA**

I, Nancy Retana, declare as follows:

1. My name is Nancy Retana, and this declaration is based on my personal knowledge.

2. I am 31 years old and suffer no legal incapacity.

3. I am a member of Clean Wisconsin and have been a member since 2022.

4. I submit this declaration in support of Clean Wisconsin's intervention to defend the U.S. Environmental Protection Agency's ("EPA") Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards ("Good Neighbor FIP"). The Good Neighbor FIP limits air pollution emissions in states upwind of where I live. That pollution crosses over state borders and is causing or significantly contributing to downwind areas in Wisconsin exceeding, or having difficulty meeting, the 2015 national ambient air quality standards ("NAAQS") for ground-level ozone, also known as "smog."

5. As a member of Clean Wisconsin, I understand that Clean Wisconsin engages in environmental education, advocacy, and legal action to protect Wisconsinites' rights to breathe clean air and drink clean water. Clean Wisconsin's current activities include efforts to protect and improve air quality in the State of Wisconsin by reducing emissions of air pollutants from stationary and mobile

sources. Specifically, I understand that Clean Wisconsin works to promote effective implementation of state and federal laws to reduce emissions of pollutants that create unhealthy ozone levels that endanger Wisconsin residents.

6. I understand that Clean Wisconsin seeks to intervene to defend the Good Neighbor FIP, a U.S. EPA rule limiting air pollutants that are transported from out of state to the area where I live and that make it difficult or impossible for Sheboygan and Kenosha counties to achieve the 2015 NAAQS for ozone.

7. I understand that U.S. EPA designates areas as “nonattainment” where measured air quality information shows that air quality fails to meet National Ambient Air Quality Standards. These standards have been adopted to protect public health, particularly for people like me who have asthma and are more vulnerable to breathing polluted air. I further understand that the air in Sheboygan and Kenosha counties, where my family lives and I spend significant time, is not clean enough to comply with the 2015 ozone standard, and that U.S. EPA has linked that problem in part to upwind air pollution emitted in areas outside of the state of Wisconsin, including states like Illinois, Indiana, and Texas, where sources emit air pollution that significantly contributes to elevated ozone levels in Sheboygan and Kenosha Counties.

8. I currently reside in Glendale, Wisconsin, at 301 W Coventry Ct.,

Apt. 218. I often visit my family in Salem, Wisconsin, in Kenosha County, and in Sheboygan, Wisconsin, in Sheboygan County. While visiting, I enjoy outdoor activities such as hiking, walking, running, going to parks, kayaking, and going to the beach.

9. On summer days, I engage in outdoor activities near my residence and in both Kenosha and Sheboygan Counties.

10. I plan to continue being active outdoors as much as I can on summer days in the future.

11. Because I have asthma, it concerns me that the air where I live and enjoy outdoor activities may make me vulnerable to respiratory problems when I am active outdoors.

12. Requiring states upwind of me and my family to reduce the emissions that cause ozone pollution where we live will benefit my interest in breathing cleaner air when I am active outdoors and preventing asthma attacks. I therefore support Clean Wisconsin's action to intervene in this lawsuit to defend U.S. EPA's rule to reduce transported air pollution.

I declare, on this 28th day of June, 2023, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Nancy Retana

Nancy Retana

**DECLARATION OF DEEDA SEED**

I, Deeda Seed, hereby declare as follows:

1. I am a member of the Center for Biological Diversity (the Center) and the Southern Utah Wilderness Alliance, and I have been a member for the past five and seventeen years respectively. I am also involved with the Utah Native Plant Society, and I periodically donate to Sierra Club and Utah Physicians for a Healthy Environment.
2. I live in Salt Lake City with my husband and son. I have lived here on and off for more than 36 years.
3. In addition to being a member of the Center, I work for the Center as a Senior Campaigner. In that role, I research and prepare written documents that are used for advocacy purposes, and I enable volunteers to take action to promote policies that improve their lives and the environment. One area I work on is preserving endangered plant species endemic to the Uinta Basin. Last year, I worked with a team of people to submit comments on the draft environmental impact statement for the Uinta Basin Railway regarding the impact the railway would have on native plants.
4. I love spending time in nature. I enjoy hiking, backpacking, camping, and birding. I usually hike two times a month in the foothills near Salt Lake City or on Antelope Island. In the summer I like to hike in the Wasatch and Uinta mountains, and in the fall and summer I will also hike in southern Utah on the Colorado Plateau. In addition to hiking in the Wasatch and Uinta mountains, I go there to backpack about once a year and will camp three or four times a year in the Uintas or in southern Utah on the Colorado Plateau with my son and my friends. Sometimes I will also camp in the western Utah desert. I also go birding around the Great Salt Lake, usually about once a month, but sometimes multiple times in a single week.

5. My ability to enjoy all of these activities is negatively impacted by ozone pollution. When I was younger, I developed exercise-induced asthma. I liked to run and would come home wheezing because of poor air quality. While I don't run anymore, it is physically more difficult for me to hike on days when the air is bad, and I still have trouble breathing occasionally when the pollution levels are high. It is physically painful for me to be outside when the air quality is bad.
6. As a result, I check the air quality every day on my phone's weather app. The app has a color-coded system which indicates the intensity of ozone pollution for the day. I also look at the Utah Division of Air Quality's website and other air quality monitors regularly. I love being in nature and doing things outside, but I avoid doing outdoor activities on days when there are especially high levels of ozone pollution, and I enjoy my time outdoors less because I worry it will impair my health. I also worry about the long-term health impact of ozone pollution on my lungs after living in Salt Lake City for so many years and being subjected to ozone pollution for so long.
7. I also pay attention to air quality and ozone pollution for my family's health. My husband has chronic obstructive pulmonary disease (COPD) and so is especially vulnerable to high levels of air pollution. He is unable to join my son and I in many of the outdoor activities we engage in because he faces more acute health risks from breathing in air pollution. I have heard my son remark that he "can feel it in his lungs" when there is a bad air day. I worry about my husband's and my son's health and wellbeing because of air pollution, and I enjoy the time I spend outdoors with my son less because I worry about the impacts on his health.

8. I decided to live in Utah and make Salt Lake City my home in part because I value the access to nature I have living here, and I value the natural environments and vegetation of Utah. In addition to affecting me and my family's health, I know that high ozone levels can damage native plants, birds and other wildlife that I enjoy. I care about preserving local plants and wildlife personally and professionally, and I worry that I won't be able to enjoy them as much because of damage from high ozone pollution.

9. I am aware that the Salt Lake City area is in nonattainment of the 2015 ozone standard, and that, according to EPA, in addition to the pollution that originates in Utah, some of the ozone pollution in Salt Lake City comes from other states, including from Nevada.

10. Reduced ozone pollution where I live and spend time outdoors would benefit me and my family. We would spend more time outdoors together, and I would worry less about our health, and about the health of Utah's environment and plants, while doing so.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed in Salt Lake City, UT on June 12, 2023.

Deeda Seed

**DECLARATION OF SCOTT SILBER**

I, Scott Silber, hereby declare as follows:

1. I am a member of the Center for Biological Diversity, and I live in Boulder, Colorado. I have lived in the Boulder area on and off for the past 28 years. My work also takes me to Denver a few times a week. I also visit Utah a few times a year, including around the Salt Lake City area either for work or to meet up with friends for outdoor activities like skiing.
2. I understand that the areas where I spend time—Boulder and Denver, Colorado; and around Salt Lake City, Utah—are not attaining the ozone standard set in 2015. I am also aware that, in addition to the pollution coming from within Colorado and Utah, EPA data shows that some of the pollution in these areas comes from other states, such as, in the case of Colorado, from Utah.
3. I enjoy outdoor activities, but I am often unable to spend time outdoors because of poor air quality, including high ozone levels. When air quality allows, I like to go running three times a week, covering roughly 50 to 60 miles in 2 to 3 weeks, whether around my home or on trails in Boulder County's parks and open space. I also like to go biking two to three times a week, including to commute; hiking two to three times a week; and rock climbing twice a month. I enjoy spending time in and around Rocky Mountain National Park and the Brainard Lake Recreation Area. I am also part of an ultimate Frisbee team that plays in Boulder once a week from March to November.
4. I don't get to enjoy these activities or places as much as I would like to because air pollution and high ozone levels trigger my asthma symptoms. I attribute the vast majority of my asthma symptoms to poor air quality, including high ozone levels. In fact, social distancing and masking through the pandemic has shown me just how much of my

symptoms are attributable to the air and not to respiratory infections. And I further understand poor air quality compounds the damage of respiratory infections like Covid, respiratory syncytial virus (RSV), and flu. Ozone pollution has made the ongoing Covid pandemic a particularly hard time for me—there are times when it isn't safe to be indoors and it isn't safe to be outdoors either. This continues to negatively affect my quality of life—I shouldn't have to sacrifice my lifespan or my long-term quality of life through cumulative damage to my health from breathing air pollution just to engage in the outdoor activities that sustain my social, psychological, emotional, and spiritual well-being.

5. In periods where I am active outside and the ozone pollution is especially bad, I have to use my rescue inhaler every day for weeks or months at a time. Having to use my rescue inhaler so frequently means that my asthma is considered uncontrolled. In these conditions, I also have to use a preventative or corticosteroid inhaler once or twice a day. I would prefer not to have to keep an emergency stash of these and other medications, like an EpiPen or prednisone, or to replenish that stash every time the previous prescription expires. I would also like to be able to travel without the stress and worry that I might forget or lose these life-saving medications.

6. These medications can cause severe unpleasant side effects, including but not limited light headedness, agitation, thrush, increased heart rate, and palpitations. I have had to stop what I was doing to let side effect subside, interrupting my normal activities. Some of these medications also increase the risk of other health conditions, like glaucoma. This worries me—I shouldn't have to choose between breathing and my vision.

7. These medications are expensive too. While my asthma medication is currently covered by my health insurance, I have had to pay for them out of pocket before, and the copay varies as well. I would prefer not to have to spend money on medication, and I am concerned that I may have to pay for my medication out of pocket again in the future.
8. Many people don't realize that each asthma attack has a cumulative effect on your respiratory system. If an attack is severe enough, it can lead to scar tissue which makes the next attack riskier. I also had complications from contracting Covid-19 in March 2022. As a result, a specialist has recommended that I have an endoscopy to inspect my airway tissue.
9. Nearly every decision I make is affected by air pollution as I try to reduce my risk of breathing difficulties. I check air quality and ozone levels several times a day using an app on my phone. I do not engage in outdoor activities where I would exert myself when the air quality is poor, or I travel farther away to spend time outdoors where the air quality is better. It is not worth it to feel the discomfort and to suffer the fear of a life-threatening asthma attack. I have made a practice of letting people in my life know where my regular running routes are, or where I will be if not on a regular route, because I know there is a chance that the next asthma attack will be the one that my current remedies can't relieve. If my airway were to close because of an asthma attack, I would only have four minutes until I would be brain dead. The prospect of my death due to an asthma attack triggered by poor air quality including high ozone levels distresses me.
10. My outdoor activities are also particularly important to me as exercise, to reduce my risk of high cholesterol and heart disease. To my knowledge, both my grandfathers and every male in my father's family born before him (who died of natural causes) has died of heart

disease before the age of 50. Among the men in my family, it is customary to compare our annual cholesterol test results. I have remained the only adult member of my family who has not been prescribed statins to regulate cholesterol. I would prefer to run and exercise outdoors in natural light. But, to maintain my exercise regime despite poor air quality, including high ozone levels, I recently bought a pass to a recreation center where I can swim indoors, where the air quality is better.

11. In addition to my physical symptoms, I can often see the effects of ground level ozone pollution in the Denver and Salt Lake City metropolitan areas, in the form of haze, like a big brown cloud. I find this aesthetically displeasing.

12. Lower levels of ozone pollution where I live and spend time outdoors, such as in Colorado and Utah, would improve my health and my quality of life. I could run, hike, bike, and climb as frequently as I would like, and without triggering my asthma symptoms and damaging my long-term health. I would check my air quality apps less frequently. I would also worry less about my health, my medications, and their cost.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed in Boulder, Colorado on March 13, 2022.

______________________________
Scott Silber

# DECLARATION OF MARY LYN STOLL

1. My name is Mary Lyn Stoll. I am 49 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in the town of Evansville, Indiana. I have lived in Evansville since 2005. I am a professor at a state university. When school is out for the summer, I spend time in Akron, Ohio, where my partner lives.

3. I am an active member of Sierra Club. I have volunteered with Sierra Club's local Beyond Coal Campaign group for many years. I have been drawn to volunteer with Sierra Club partly to protect my own health, and also out of concern about climate change and a commitment to environmental justice. I firmly believe that I have a moral duty to help improve the environment and public health. I have never been a paid employee of Sierra Club.

4. I have been substantially challenged by the air quality in Evansville. I was diagnosed with asthma as a child, but I never had to get consistent treatment until I moved to Evansville. My main challenges are that I have chronically inflamed lungs and a chronically sore throat. Small "triggers" will push my consistent levels of inflammation into something more dangerous and harmful. One of those "triggers" is air pollution. Other "triggers" are mold, grass pollen, or sometimes very bad smells, like sewage.

5. I now have to take a daily preventative steroid to manage my asthma. Additionally, I always make sure to keep my emergency inhaler with me and I worry that if I forget it, I won't be able to breathe. The steroid I have to take causes side effects that hinder my quality of life. One of the side effects of the steroid I take is that it makes me anxious and it's therefore harder to fall asleep. I also worry that there might be long-term implications for taking this steroid. I would of course prefer not having to taking my asthma medication, but I need it to live my life.

6. I spend time outdoors. I walk outside for at least one hour a few days each week, often on a path in Evansville along the Ohio River. I also like to walk on a path from the University of Southern Indiana campus, where I work, to Burdette Park, which is also in Evansville. Once or twice a month, I will hike at one of the parks in the area such as Harmonie State Park, the Hoosier National Forest, or at the Audubon State Park, which is in Kentucky. I always keep my inhaler on me during any of these walks. Even on the short walk from the parking lot at work to my office, I have often had to use my emergency inhaler. I have had to use it when driving. I almost never avoid doing an outdoor activity entirely because of air quality, but I will pause to take my medications, and sometimes my inflamed lungs or throat will ruin the fun of my activity. When I am walking or

hiking to relieve stress, being forced to stop in my tracks unable to breathe, has the opposite of the desired outcome.

7. I live close to several coal-burning power plants. In fact, everywhere I look there seems to be a coal-burning power plant. There is one that I can see from my work, which is the A.B. Brown coal-burning plant. The Culley and Warrick coal-burning plants are both just east of Evansville. The Gibson and Petersburg coal-burning plants are also nearby in the region. There are other coal-burning plants across the river in Kentucky. When I'm driving out of town, and go by the Petersburg plant, I'll often feel a need to use my inhaler. When I drive by that coal plant, I need to keep the inhaler on the passenger seat, close at hand.

8. Air pollution and thinking about breathing causes me stress. My dad died from complications of Non-Hodgkin's lymphoma treatment. The last several years of his life, he suffered from lungs that were filled with fluid. I saw my dad go into acute respiratory failure. Watching him experience hallucinations during respiratory failure was one of the most frightening experiences of my life. While my illness is different, that experience has caused me to fear for my own health and to worry about not being able to breathe. It is also frustrating to constantly have to think about avoiding "triggers" for asthma, one of which is air pollution. It is a mental-health harm for me to know that my society does not really care if I can

breathe; my fellow citizens often seem to care more about letting others pollute the air, a known and proven danger, than about my ability to simply breathe at all.

9. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Indiana and other states that contribute to smog pollution in Indiana. I support such regulations that would benefit my health and other people who suffer from respiratory disease, and that would improve my ability to enjoy the time I spend outdoors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/28/2023

Mary Lyn Stoll
Mary Lyn Stoll

**DECLARATION OF CHRIS TAVENOR**
**FOR THE OHIO ENVIRONMENTAL COUNCIL**

I, Chris Tavenor, declare as follows:

1. This declaration is based on my personal and professional knowledge, information, and belief. I am over the age of eighteen years and suffer from no legal incapacity. I submit this declaration in support of the Ohio Environmental Council's ("the OEC") intervention in litigation to defend the Federal Good Neighbor Plan for the 2015 Ozone NAAQS which was finalized by the U.S. Environmental Protection Agency ("U.S. EPA") to address air pollution transported across state lines.

2. I am the Associate General Counsel for the OEC, which is a nonprofit organization, organized and existing under the laws of the State of Ohio. In that capacity I am familiar with the OEC's mission, which is to secure healthy air, land, and water for all who call Ohio home. Working to reduce Ohioans' exposure to harmful air pollution is a core part of the OEC's mission.

3. My work at the OEC includes responsibility for the legal programs of the Ohio Environmental Council, supporting all our attorneys and policy staff on their programs. I also coordinate all internal legal work for the organization, from compliance to contract review. I am familiar with all areas of our work, and engage regularly with our membership and board of directors.

4. As Associate General Counsel, I am responsible for the legal oversight and compliance of the organization, and I am the chief legal analyst and advocate for the OEC's Democracy policy program. I have held these responsibilities since 2022. In that capacity, I am required to be familiar with the OEC's purpose, organization, and activities, as well as environmental interests and related activities and concerns of the OEC's members.

5. The OEC is a statewide, non-partisan, non-profit, charitable organization comprised of a network of nearly 100 affiliated member groups and over 3,000 individual members—the vast majority of whom presently reside in Ohio.

6. I am aware of the harmful effects of ground-level ozone on human health and the environment, which are well-documented in scientific literature and government publications. I understand that ground-level ozone, the main ingredient in smog, irritates the respiratory system, reduces lung function, and inflames and damages cells that line the lungs, which makes them more susceptible to infections and aggravates asthma and other chronic lung diseases.

7. Through my work at the OEC, I understand that the U.S. EPA sets minimum standards for exposure to ozone air pollution, known as the National Ambient Air Quality Standards for ozone ("ozone NAAQS"), and periodically updates those standards. I understand that the ozone NAAQS was updated in

2015, and that there are areas in Ohio that have not met the 2015 standard.

8. Through my work at the OEC, I am aware that Cuyahoga County, Geauga County, Lake County, Lorain County, Medina County, Portage County, and Summit County in Ohio have been designated as being in "nonattainment" of the 2015 ozone NAAQS, and that EPA identified Lake County as having a "violating monitor" maintenance-only receptor due to its recent high ozone levels. I understand that, according to the EPA, some of the ozone pollution in those Ohio counties is caused by emissions from upwind states, including Indiana, Michigan, and West Virginia. I also understand that, according to the EPA, emissions from Ohio contribute to ozone pollution in downwind counties in Connecticut that have been designated as being in "nonattainment" of the 2015 ozone NAAQS.

9. Through my work at the OEC, I am aware that the OEC has 240 members in Cuyahoga County, 27 members in Geauga County, 33 members in Lake County, 39 members in Lorain County, 29 members in Medina County, 28 members in Portage County, and 66 members in Summit County.

10. As a result of my work at the OEC, I am aware that coal-fired electric power plants, including those located in the Ohio River Valley, and near the homes of many of the OEC's members, have been among the largest sources of emissions of nitrogen oxides, which combine with volatile organic compounds

to form ground-level ozone.

11. Through my work at the OEC, I understand that on June 5, 2023, a final rule to address upwind emissions of the air pollution that causes downwind states to exceed or have difficulty maintaining the 2015 ozone NAAQS was published in the Federal Register, and that rule went into effect on August 4, 2023.

12. I am concerned that a successful challenge to the federal implementation plans addressing states' interstate transport obligations would allow industrial sources, particularly those in Ohio, to emit excess air pollution that affects local air quality and harms residents of Ohio, and that the OEC's members in counties designated nonattainment will be exposed to high levels of ozone as a result.

13. The OEC supports timely implementation of the 2015 ozone NAAQS, including with regard to interstate pollution, and opposes any attempt to prevent the required steps toward full implementation. I therefore support the OEC's intervention in this litigation to defend this rule, which would address air pollution by limiting emissions from sources within and outside of Ohio.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 1st day of September 5, 2023.

______________________________
Chris Tavenor

## DECLARATION OF SARAH WILLEY

1. My name is Sarah Willey. I am 36 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in the town of Florissant, Missouri, which is a suburb of St. Louis, located in Saint Louis County. I was born in and grew up in Florissant.

3. I am an active member of Sierra Club. I originally joined Sierra Club in 2005, while studying at Truman State University.

4. I have been concerned about the environment for most of my life. When I was in college, at Truman State University from 2004 through 2008, I was involved in the campus Sierra Club chapter and was chapter president for one year. In 2011, when I moved back to the St. Louis area, I became involved with the Sierra Club Missouri Chapter, including by organizing a fundraiser. I have served on the state chapter's executive committee and taken on various volunteer leadership positions within the Sierra Club's St. Louis area local group, the Missouri state chapter, and held volunteer positions at the national level. I have never been a paid employee of Sierra Club and am not currently serving in a volunteer leadership position.

5. I have asthma and my diagnosis with asthma, in approximately 2011, changed the emphasis of my environmental concerns. When I was in high school and college, I was motivated by issues such as recycling and protecting the

rainforest. When I was diagnosed with asthma my interest in environmental advocacy felt more personal. The driving force of my interest in environmental issues today is human health.

6. I know air pollution is an issue in St. Louis. I know this because I have been an environmental advocate but also because I feel the pollution in my body. Bad air quality causes my asthma to flare up and impacts how I live my life.

7. I change my behavior and the structure of my professional life in response to bad air days. I started my own consulting business in part so that I can structure my daily life to avoid having to be outside on bad air days. I did not want to have to be dependent on a manager's approval to take care of my health by working from home on bad air days. On bad air days, I keep my inhaler on my body. I enjoy going outside, but there are some days that I have to skip walking outside altogether because I have seen on the news that the air is bad or I feel it when I breathe. Even yardwork at my home can sometimes be a challenge because of bad air quality. Because of my asthma, on a bad day, my lungs will feel tight. It feels like breathing through a straw. It feels like someone has put a cinder block on my chest.

8. On weekends, I like to go hiking, sometimes with my partner. Two of my favorite places to go hiking in the area are Pere Marquette State Park in Illinois and the Audubon Center at Riverlands (which is near West Alton, Missouri in St.

Charles County). If my asthma is flaring up, I often do not go on a hike and stay inside instead.

9. I pay attention to the news and declarations of bad air days. My grandmother, who lives on the Illinois side of the Mississippi River, when her health was better, would sometimes send me text messages warning me about the air quality if she had noticed something on the news about bad air quality. On days like that, if I am very motivated to get outside, I sometimes wear a mask or cloth over my face to protect myself. On bad are days, I will not sit outside at a restaurant, which I would otherwise enjoy doing. This especially impacted my life during the worst periods of the Covid pandemic when friends would meet to eat at a restaurant outside but I could not do that because of my sensitivity to air quality. In this way, my asthma caused me to miss out on that human interaction.

10. I fear bad air quality days. I know that I have access to inhalers and breathing treatments if I have an emergency. My fear is of experiencing prolonged discomfort and not being able to do the things that I enjoy doing. I worry about having a set back. On bad air days, I also sometimes feel angry. I sometimes think to myself, "why can't I do what other people can do?"

11. I sometimes see smog in St. Louis. I notice hazy conditions sometimes, when the sky looks out of focus and darker. When I see this, my

strongest visceral reaction is a little bit of fear because I might have trouble breathing that day.

12. In addition to hiking, I enjoy walking outside, jogging, and photography. My partner studies snakes and amphibians, and I enjoy looking for these animals with him, including at places like Pere Marquette State Park in Illinois and the Audubon Center at Riverlands. On these trips, I take photographs of animals like snakes and also landscape shots. My ability to participate in and enjoy any of these outdoor activities can be harmed by bad air quality.

13. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Missouri and other states that contribute to smog pollution in Missouri. I support regulations that reduce ozone-forming pollution because such regulations would benefit my health and other people who suffer from respiratory disease, and improve my ability to spend time outdoors hiking, gardening, running, and enjoying nature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/15/23

Sarah Willey
Sarah Willey